Fill in this information to identify the case:

Debtor 1 Nicole Laura Alexis Lawtone-Bowles
aka Nicole Lawtone-Bowles

Debtor 2

(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of NEW YORK

Case number 25-35655-kyp

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor: U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for the holders of MLMI Trust 2002-AFC1 Asset-Backed Certificates, Series 2002-AFC1**

**Court claim no**. (if known): 14-1

**Last 4 digits** of any number you use to identify the debtor's account: 7161

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

**Part 1:** **Itemize Postpetition Fees, Expenses, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | 9/24/2025 | (9) | $109.25 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Nicole Laura Alexis Lawtone-Bowles aka Nicole Lawtone-Bowles
Print Name Middle Name Last Name

Case number *(if known)* 25-35655-kyp

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Suzanne Youssef
Signature

Date 10/10/2025

Print Suzanne Youssef
First Name Middle Name Last Name

Title Authorized Agent

Company Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address 13010 Morris Rd., Suite 450
Number Street

Alpharetta, GA 30004
City State ZIP Code

Contact Phone 470-321-7112

Email syoussef@raslg.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Nicole Laura Alexis Lawtone-Bowles
56 Center Street
Highland Falls, NY 10928

And via electronic mail to:

Thomas C. Frost
Chapter 13 Standing Trustee
399 Knollwood Rd
Suite 102
White Plains, NY 10603

United States Trustee
Office of the United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207

By: /s/Gabriella Bodei
Gabriella Bodei

SPS SELECT Portfolio SERVICING, inc.

[redacted]

# Escrow Disbursement History

Date: October 09, 2025

| Transaction Date | Transac ion Code | Escrow | Restricted Escrow | Replacement | HUD235 | Payee Code | Payee Description | Batch Code | Deposit From Payee/Description |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | $ 109.25 | $ 0.00 | | | [redacted] | | [redacted] | |
| [redacted] | [redacted] | $ -109.25 | $ 0.00 | | | | SSURANT AZARD LPI | [redacted] | |
| 08/26/2025 | | $ 109.25 | $ 0.00 | | | [redacted] | | [redacted] | |
| 08/26/2025 | | $ -109.25 | $ 0.00 | | | [redacted] | SSURANT AZARD LPI | [redacted] | |
| 07/24/2025 | | $ 109.25 | $ 0.00 | | | [redacted] | | [redacted] | |
| 07/24/2025 | | $ -109.25 | $ 0.00 | | | [redacted] | SSURANT AZARD LPI | [redacted] | |
| 06/25/2025 | | $ 109.25 | $ 0.00 | | | [redacted] | | [redacted] | |
| 06/25/2025 | | $ -109.25 | $ 0.00 | | | [redacted] | SSURANT AZARD LPI | [redacted] | |
| 05/27/2025 | | $ 109.25 | $ 0.00 | | | [redacted] | | [redacted] | |
| 05/27/2025 | | $ -109.25 | $ 0.00 | | | [redacted] | SSURANT AZARD LPI | [redacted] | |
| 04/30/2025 | | $ 109.25 | $ 0.00 | | | [redacted] | | [redacted] | |
| 04/30/2025 | | $ -109.25 | $ 0.00 | | | [redacted] | SSURANT AZARD LPI | [redacted] | |
| 03/26/2025 | | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| 03/26/2025 | | $ -108.00 | $ 0.00 | | | [redacted] | SSURANT AZARD LPI | [redacted] | |
| 02/26/2025 | | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| 02/26/2025 | | $ -108.00 | $ 0.00 | | | [redacted] | SSURANT AZARD LPI | [redacted] | |
| 01/24/2025 | | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| 01/24/2025 | | $ -108.00 | $ 0.00 | | | [redacted] | SSURANT AZARD LPI | [redacted] | |
| 12/26/2024 | | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| 12/26/2024 | | $ -108.00 | $ 0.00 | | | [redacted] | SSURANT AZARD LPI | [redacted] | |
| 11/26/2024 | | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| 11/26/2024 | | $ -108.00 | $ 0.00 | | | [redacted] | SSURANT AZARD LPI | [redacted] | |
| 10/24/2024 | | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| 10/24/2024 | | $ -108.00 | $ 0.00 | | | [redacted] | SSURANT AZARD LPI | [redacted] | |

SPS SELECT Portfolio SERVICING, inc.

# Escrow Disbursement History

Date: October 09, 2025

[redacted]

| Transaction Date | Transac ion Code | Escrow | Restricted Escrow | Replacement | HUD235 | Payee Code | Payee Description | Batch Code | Deposit From Payee/Description |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| [redacted] | [redacted] | $ -108.00 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |
| 08/26/2024 | | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| 08/26/2024 | | $ -108.00 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |
| 07/24/2024 | | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| 07/24/2024 | | $ -108.00 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |
| 06/26/2024 | | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| 06/26/2024 | | $ -108.00 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |
| 05/24/2024 | | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| 05/24/2024 | | $ -108.00 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |
| 05/01/2024 | | $ 108.00 | $ 0.00 | | | [redacted] | | [redacted] | |
| 05/01/2024 | | $ -108.00 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |
| 03/26/2024 | | $ 104.76 | $ 0.00 | | | [redacted] | | [redacted] | |
| 03/26/2024 | | $ -104.76 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |
| 02/26/2024 | | $ 104.84 | $ 0.00 | | | [redacted] | | [redacted] | |
| 02/26/2024 | | $ -104.84 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |
| 01/24/2024 | | $ 104.84 | $ 0.00 | | | [redacted] | | [redacted] | |
| 01/24/2024 | | $ -104.84 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |
| 12/26/2023 | | $ 104.84 | $ 0.00 | | | [redacted] | | [redacted] | |
| 12/26/2023 | | $ -104.84 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |
| 11/24/2023 | | $ 104.84 | $ 0.00 | | | [redacted] | | [redacted] | |
| 11/24/2023 | | $ -104.84 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |
| 10/25/2023 | | $ 104.84 | $ 0.00 | | | [redacted] | | [redacted] | |
| 10/25/2023 | | $ -104.84 | $ 0.00 | | | [redacted] | ASSURANT HAZARD LPI | [redacted] | |