UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

-------------------------------------------------------------------x

In Re:                                                                                    Case No 25-35655

Nicole Laura Alexis Lawtone-Bowles,                               Chapter 13

   Debtor.

-------------------------------------------------------------------x

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, in trust for the holders of MLMI Trust 2002-AFC1 Asset-Backed Certificates, Series 2002-AFC1 (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Suzanne Youssef, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: June 26, 2025
Westbury, NY

                                                    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                    Attorney for Secured Creditor

25-322128 - SuY

900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax:    (516) 280-7674

By: <u>/s/ Suzanne Youssef</u>
Suzanne Youssef, Esquire

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------------------x

| | |
|---|---|
| In Re: | Case No 25-35655 |
| Nicole Laura Alexis Lawtone-Bowles, | Chapter 13 |
| Debtor. | |

-------------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on June 26, 2025, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

NICOLE LAURA ALEXIS LAWTONE-BOWLES
56 CENTER STREET
HIGHLAND FALLS, NY  10928

THOMAS C. FROST
CHAPTER 13 STANDING TRUSTEE
399 KNOLLWOOD RD
SUITE 102
WHITE PLAINS, NY  10603

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
11A CLINTON AVE.
ROOM 620
ALBANY, NY  12207

25-322128 - SuY

Dated: June 26, 2025  
Westbury, NY

By: /s/ Amber Matas

25-322128 - SuY