| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------x<br>In re:<br><br>Nicole Laura Alexis Lawtone-Bowles,<br>*aka Nicole Lawtone-Bowles,*<br><br><br><br>                           Debtor.<br>-------------------------------------------------------x | HEARING DATE: August 26, 2025<br>HEARING TIME: 09:59 AM<br>LOCATION: Videoconference (KYP)<br><br><br><br>Case No. 25-35655-kyp<br><br>Chapter 13<br><br>Judge: Kyu Young Paek, U.S.B.J. |

## OBJECTION TO CONFIRMATION OF
## DEBTOR'S CHAPTER 13 PLAN

U.S. Bank Trust Company, National Association, As Trustee, As Successor-In-Interest To U.S. Bank National Association, As Trustee, In Trust For The Holders Of MLMI Trust 2002-AFC1 Asset-Backed Certificates, Series 2002-AFC1 (the "Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan, and states as follows:

1. Nicole Laura Alexis Lawtone-Bowles (the "Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 17, 2025.

2. Secured Creditor holds a security interest in the Debtor's real property located at 56 Center St, Highland Falls, NY 10928, by virtue of a Mortgage recorded on August 8, 2001 in Liber 8597, at page 164 of the Public Records of Orange County, NY. Said Mortgage secures a Note in the amount of $70,600.00.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on June 23, 2025 (Doc No. 10).

4. The Plan fails to identify the mortgage claim or provide for treatment of Secured Creditor's claim for arrears owed of $168,796.49. However, the Plan does not reference the mortgaged property and does not provide for surrender or sale of the property. The Debtor's Schedules do state the property is owned by the Debtor and does list the mortgage debt.

5. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regards to the subject property and the mortgage.

6. The Plan fails to meet the requirements of 11 U.S.C. § 1322(b)(3) and (b)(5) and 1325(a)(5) with respect to the Secured Creditor's claim and the subject mortgage ,and therefore, fails to meet the confirmation requirements of 11 U.S.C. § 1325(a)(1) .

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Dated: July 18, 2025

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Attorney for Secured Creditor
> 900 Merchants Concourse, Suite 310
> Westbury, NY 11590
> Telephone: 516-280-7675
> Facsimile: 516-280-7674
>
> By: /s/Suzanne Youssef
> Suzanne Youssef, Esquire
> NEW YORK Bar Number 2254969
> Email: syoussef@raslg.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

Nicole Laura Alexis Lawtone-Bowles,
*aka Nicole Lawtone-Bowles,*

                                                                 Case No. 25-35655-kyp

                                                                 Chapter 13

                                                                 Judge: Kyu Young Paek, U.S.B.J.

                Debtor.

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on July 18, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Thomas C. Frost
Chapter 13 Standing Trustee,
399 Knollwood Rd,
Suite 102
White Plains, NY 10603

United States Trustee
Office Of The United States Trustee,
11a Clinton Ave.,
Room 620
Albany, NY 12207

Nicole Laura Alexis Lawtone-Bowles
56 Center Street
Highland Falls, NY 10928

Dated: July 18, 2025

        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        Attorney for Secured Creditor
        900 Merchants Concourse, Suite 310
        Westbury, NY 11590
        Telephone: 516-280-7675
        Facsimile: 516-280-7674

        By: /s/Suzanne Youssef
        Suzanne Youssef, Esquire
        NEW YORK Bar Number 2254969
        Email: syoussef@raslg.com