UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: Nicole Laura Alexis Lawtone-Bowles, *aka Nicole Lawtone-Bowles,* *Debtor* | HEARING DATE: August 26, 2025 HEARING TIME: 09:59 AM LOCATION: Videoconference (KYP) Case No. 25-35655-kyp Chapter 13 Judge: Kyu Young Paek, U.S.B.J. |
|---|---|

**DEBTOR'S MOTION TO STRIKE OBJECTION TO PLAN AND FOR DETERMINATION OF**

**FRAUDULENT ASSIGNMENT OF MORTGAGE**

**PRELIMINARY STATEMENT**

Debtor Nicole Laura Alexis Lawtone-Bowles respectfully moves this Court to (1) strike the objection to confirmation filed by U.S. Bank Trust Company, National Association, as Trustee, and (2) request a determination that the purported assignment of the subject mortgage is fraudulent, void, and unenforceable. The filing party lacks standing to enforce the mortgage note or assert arrears due to a break in the chain of title, robo-signed or void assignments, and failure to demonstrate actual possession of the promissory note indorsed in blank or specifically to the movant under applicable New York and federal law.

### I. FACTUAL BACKGROUND

1. On June 17, 2025, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. On July 18, 2025, Robertson, Anschutz, Schneid, Crane & Partners, PLLC filed an objection on behalf of U.S. Bank Trust Company, National Association, as Trustee, allegedly holding a secured claim on 56 Center Street, Highland Falls, NY 10928.

3. The objection references a mortgage allegedly recorded on August 8, 2001, by Alliance Funding Superior Bank not MLMI Trust 2002-AFC1 because MLMI Trust 2002-AFC1 did not exist in 2001. However, no proof of assignment from the original lender to the current objecting party has been produced as required under Fed. R. Bankr. P. 3001(d) and (f).

4. Upon information and belief, the purported chain of title contains an assignment executed by an individual lacking corporate authority or otherwise affiliated with known robo-signing entities.

CASE NO. 25-35655-KYPCHAPTER 13JUDGE: KYU YOUNG PAEK, U.S.B.J. - 1

5.  Debtor further contends that the note was not properly transferred in accordance with the Pooling and Servicing Agreement (PSA) deadlines under the Trust's governing documents, rendering the transfer void under *Rajamin v. Deutsche Bank Nat'l Tr. Co.*, 757 F.3d 79, 90–91 (2d Cir. 2014).

## II. ARGUMENT

### A. The Objection Should Be Stricken for Lack of Standing

Under *In re Agard*, 444 B.R. 231, 246 (Bankr. E.D.N.Y. 2011), a party seeking to enforce a mortgage must demonstrate either (1) possession of the original note indorsed in blank or (2) a valid assignment of mortgage and note. Here, the objecting party has filed no admissible evidence of possession or assignment, and the Plan was filed in good faith. Fed. R. Bankr. P. 9011(b).

### B. The Assignment Is Void for Fraud or Defective Transfer

In New York, assignments executed by unauthorized individuals, or that are contrary to the terms of a Trust's PSA, may be void, not merely voidable. Bank of N.Y. Mellon v. Gales, 116 N.Y.S.3d 761, 763 (2d Dep't 2014). The Debtor has reviewed publicly recorded assignments showing facial irregularities including known robo-signatures or MERS assignments post-dating the trust's closing date.

Pursuant to 11 U.S.C. § 502(b)(1), the Court must disallow a claim unenforceable under applicable non-bankruptcy law. A claim based on a void mortgage or note not properly negotiated is not enforceable under New York Uniform Commercial Code §§ 3-202, 3-204, and 3-301.

### C. The Plan Is Confirmable Absent a Valid Objection

The objector asserts that the Plan fails under 11 U.S.C. §§ 1322(b)(3), (b)(5), and 1325(a)(5). However, those provisions require a *valid* secured creditor. Where the claim is based on a void or unenforceable mortgage, these sections are inapplicable. See *In re Adelphia Commc'ns Corp.*, 361 B.R. 337, 348 (S.D.N.Y. 2007).

## III. CONCLUSION

The objection filed by Robertson, Anschutz, Schneid, Crane & Partners, PLLC on behalf of U.S. Bank Trust Company, National Association is fatally defective and premised upon a fraudulent, void, or otherwise unenforceable assignment of mortgage. Debtor respectfully requests that this Court:

1.  Strike the July 18, 2025, Objection to Confirmation.

2.  Determine that U.S. Bank Trust Company, National Association lacks standing as a secured creditor.

3.  Disallow the filed proof of claim pursuant to 11 U.S.C. § 502(b)(1); and

1

4.  Grant such other and further relief as this Court deems just and proper.

2

3

4

5

6          Dated this 28 of July 2025.

7

8                                                    /s/Nicole Lawtone-Bowles
                                                     Nicole Lawtone-Bowles ProSe
9                                                    56 Center Street
                                                     Highland Falls, New York 10928
10                                                   (347) 538-5386 | (845)839-0220
                                                     NicoleLawtone@aol.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED: APPELLATE DIVISION - 2ND DEPT 05/22/2025 11:04 PM   2025-00308
NYSCEF DOC. NO. 22   RECEIVED NYSCEF: 05/23/2025

Supreme Court of the State of New York
Appellate Division: Second Judicial Department

| |
|---|
| U.S. Bank National Association, as: Trustee, as Successor-in-Interest to Bank of America National Association, as Trustee, as Successor by Merger to LaSalle Bank National Association, as Trustee, <br> Plaintiff-Respondent <br> -against- <br> Nicole Lawtone-Bowles, <br> Defendant-Respondent <br> Hudson Valley Federal Credit Union, <br> Defendant-Appellant |

**NOTICE OF MOTION**
Appellate Division Docket Nos.
2025-00308/2025-00309
Lower Court Index Nos.
EF003745-2018/EF004014-2019

Please take notice that upon the annexed affidavit of Nicole Lawtone-Bowles, dated May 22, 2025, and the papers annexed thereto, the undersigned will move this court, at the courthouse thereof, located at 45 Monroe Place, Brooklyn, New York, 11201, on the 16 day of June, 2025 at 10:00 o'clock in the forenoon of that date, or as soon thereafter as counsel may be heard, for an order granting the following relief:

1. Granting oral argument regarding the allegations of assignment of mortgage fraud in this matter.

2. Directing that the appeal is not decided solely on paper submissions.

3. Considering the filed complaint of mortgage fraud in this case; and

4. Considering recent changes in New York State Real Property Law that affect foreclosure auctions.

5. Such other and further relief as to the court may seem just and equitable.

Dated: Orange, New York

May 22, 2025

Yours, etc.: /s/Nicole Lawtone-Bowles

*Signature*

Print name: Nicole Lawtone-Bowles

Address: 56 Center Street

Highland Falls, New York 10928

NicoleLawtone@aol.com

(347) 538-5386

To:

| NICOLE LAWTONE-BOWLES PROSE NICOLELAWTONE@AOL.COM APPELLANT/RESPONDENT 56 CENTER STREET HIGHLAND FALLS, NY 10928 TELEPHONE (347) 538-5386 FACSIMILE (845)839-0220 | BRIAN STUART GITNIK, ESQ. GITNIK@LITCHFIELDCAVO.COM ATTORNEYS FOR HUDSON VALLEY CREDIT UNION DEFENDANT/APPELLANT LITCHFIELD CAVO LLP 420 LEXINGTON AVE #2104, NEW YORK, NY 10170 TELEPHONE (212) 792-9772 FACSIMILE (212) 434-0105 | MITCHELL KURTZ, ESQ. MKURTZ@HINSHAWLAW.COM ERIC J. GIGLIO, ESQ. EGIGLIO@HINSHAWLAW.COM ATTORNEYS FOR U.S. BANK ET. AL. PLAINTIFF-RESPONDENT HINSHAW & CULBERTSON LLP 800 THIRD AVENUE, 13TH FLOOR NEW YORK, NY 10022 TELEPHONE (212) 471-6200 FACSIMILE (212) 935-1166 |

Supreme Court, Orange County, Index Nos. EF003745-2018 & EF004014-2019

Supreme Court of the State of New York
Appellate Division: Second Judicial Department

| | |
|---|---|
| U.S. Bank National Association, as: Trustee, as Successor-in-Interest to Bank of America National Association, as Trustee, as Successor by Merger to LaSalle Bank National Association, as Trustee,<br><div align="center">Plaintiff-Respondent</div><div align="center">-against-</div>Nicole Lawtone-Bowles,<br><div align="right">Defendant-Respondent</div>Hudson Valley Federal Credit Union,<br><div align="right">Defendant-Appellant</div> | **AFFIRMATION IN SUPPORT OF MOTION**<br>Appellate Division Docket Nos. 2025-00308/2025-00309<br>Lower Court Index Nos. EF003745-2018/EF004014-2019 |

I, Nicole Lawtone-Bowles, acting pro se, do hereby affirm under the penalties of perjury as follows:

1) Since the inception of my proceedings before this Honorable Court, every motion I have submitted has been denied, without exception. This consistent denial of relief has led me to feel that the appellate process has not afforded me fair or equal consideration. As a pro se appellant, I have made every good-faith effort to comply with the procedural and substantive requirements of this Court.

2) I respectfully express my profound concern that this Court has not acknowledged or acted upon my allegations of assignment of mortgage fraud, and I feel as though my experience as a disabled Black American homeowner is being dismissed without due regard. My home and my mental health are at stake, and I believe that justice has not yet been served in my matter.

3) I have been engaged in legal battles arising from this assignment of mortgage fraud for over fifteen years, and I continue to suffer devastating consequences, including the imminent threat of losing my home. I further affirm that Steven J. Baum P.C., to whom I paid $81,000.00 by endorsing my workers' compensation check for the

purpose of satisfying a $70,600.00 mortgage loan, misappropriated those funds, and yet continues to practice law in the State of New York without any apparent disciplinary action or consequence.

4) I am left to conclude that the system as currently functioning appears to favor financial institutions and attorneys over pro se litigants, particularly those from historically marginalized communities. It is painful and disheartening to feel that my voice, experience, and documented evidence are not being recognized as credible, despite my education, efforts, and persistence in seeking justice.

5) It is my belief and lived experience that this Court has not yet addressed my claims on their merits and that this silence perpetuates the cycle of dispossession and disenfranchisement historically experienced by Black Americans. I ask the Court to reflect deeply on this reality and consider the broader implications of its decisions, particularly when such decisions may lead to homelessness and irreparable harm to vulnerable individuals.

WHEREFORE, I respectfully request that this Court grant the relief sought in my accompanying motion, including the opportunity for oral argument, the inclusion of my mortgage fraud complaint in the record, and such further relief as may be just and proper in the interest of equity and justice.

I affirm this 23rd day of May 2025, under the penalties of perjury under the laws of the State of New York, which may include a fine or imprisonment, that the foregoing is true and correct to the best of my knowledge and belief. I understand that this document may be filed in an action or proceeding in a court of law.

Dated: Orange, New York

May 23, 2025

Yours, etc.: /s/Nicole Lawtone-Bowles

*Signature*

Print name: Nicole Lawtone-Bowles

Address: 56 Center Street

Highland Falls, New York 10928

NicoleLawtone@aol.com

(347) 538-5386

To:

| NICOLE LAWTONE-BOWLES PROSE NICOLELAWTONE@AOL.COM APPELLANT/RESPONDENT 56 CENTER STREET HIGHLAND FALLS, NY 10928 TELEPHONE (347) 538-5386 FACSIMILE (845)839-0220 | BRIAN STUART GITNIK, ESQ. GITNIK@LITCHFIELDCAVO.COM ATTORNEYS FOR HUDSON VALLEY CREDIT UNION DEFENDANT/APPELLANT LITCHFIELD CAVO LLP 420 LEXINGTON AVE #2104, NEW YORK, NY 10170 TELEPHONE (212) 792-9772 FACSIMILE (212) 434-0105 | MITCHELL KURTZ, ESQ. MKURTZ@HINSHAWLAW.COM ERIC J. GIGLIO, ESQ. EGIGLIO@HINSHAWLAW.COM ATTORNEYS FOR U.S. BANK ET. AL. PLAINTIFF-RESPONDENT HINSHAW & CULBERTSON LLP 800 THIRD AVENUE, 13TH FLOOR NEW YORK, NY 10022 TELEPHONE (212) 471-6200 FACSIMILE (212) 935-1166 |
| --- | --- | --- |

Supreme Court, Orange County, Index Nos. EF003745-2018 & EF004014-2019

Top    **Home**    **Accessibility**
Searches:    **Privacy**

# Auction & Deed Sale

**********************************************

**Orange County Tax Foreclosure Real Estate Auction**

The next tax delinquency auction has not been scheduled yet.

As soon as there is a date it will be posted here.

**SIGN UP FOR NOTIFICATIONS** using the button at the bottom of the page.  Enter your email and choose 'Real Property Auction & Deed sale' page.  This will ensure receipt of an email if this page is updated.

**********************************************

Once a year Orange County takes possession of properties/parcels for non-payment of taxes through a foreclosure process - these parcels are then put to public auction each year.  For each auction a booklet listing general information along with the list of parcels is available at the Real Property Tax office.

The Leftover List below contains parcels that did not sell at prior auctions.  These parcels can be sold monthly.  Information about any parcel can be viewed by clicking

Welcome to Orange County Government's Website! What can I help you find today?

Select Language

Powered by **Translate**

this Image Mate link. Please review all the documents below before submitting a bid.

## Documents

- 2025 Deed Sale Deadlines (PDF)
- Deed Sale Info (PDF)
- Leftover Listing (PDF)

**The Leftover list deed sale process has paused due to recent changes in NYS Real Property law**

## Surplus / Non-Surplus Reports

Orange County will post reports of surplus / non-surplus from tax delinquency auctions due to recent changes to the New York State Real Property Tax Law, Article 11. These reports have been submitted to the Court and filed with the Orange County Clerk.

To claim surplus funds, parties should consult with an attorney.

**2024 Auction - Surplus Reports**

**2024 Auction - Non-Surplus Reports**

## Notice to Bidders - Leftover List Bids

SIGN UP FOR NOTIFICATIONS using the link below. You will receive an email when a change has been made to the 'Real Property Auction & Deed sale' page.

Welcome to Orange County Government's Website! What can I help you find today?

The Office of Real Property Tax Service will no longer accept cash payments for bids on the leftover list. All payments and 10% deposits have to be in the form of official bank check or money order.

Google **Translate**

## Contact Us

## Real Property

Email Real Property

**Physical Address**   View Map

255 Main Street
Goshen, NY 10924

Directions

Phone: 845-291-2490

Fax: 845-378-2376

Tax Map Phone:
845-291-2498

**Hours:**
Monday - Friday
9:00 AM - 5:00 PM

Directory

## Paul Wiley

Director

Email Paul Wiley

Phone: 845-291-2494

## Patricia Masterson

Assistant Director

Email Patricia Masterson

Phone: 845-291-2491

Welcome to Orange County Government's Website! What can I help you find today?

## Michael Breitenfeld



Tax Maps Coordinator

Email Michael Breitenfeld

Phone: 845-291-3269

Government Websites by CivicPlus®

Enable Recite

Welcome to Orange County Government's Website! What can I help you find today?

Google Translate

**Nicole L. Lawtone-Bowles**
56 Center Street
Highland Falls, NY 10928
(347) 538-5386
NicoleLawtone@aol.com

**April 1, 2025**

**To:**
Detective Bailey
Chief Torpey
Highland Falls Police Department
Highland Falls, NY 10928

**Cc:**
Francis Pierri
Orange County District Attorney's Office

**RE: Formal Complaint – Mortgage Fraud, Deed Theft, and Related Criminal Acts Pertaining to 56 Center Street, Highland Falls, NY 10928**

**Complaint Numbers Incident# 2423-25 Case# 0041-25**

Dear Chief Torpey, Detective Bailey, and Senior Criminal Investigator Francis Pierri:

I, Nicole L. Lawtone-Bowles, respectfully submit this formal criminal complaint to the Highland Falls Police Department requesting immediate investigation and law enforcement intervention concerning the criminal theft of my home title and mortgage fraud related to the real property located at 56 Center Street, Highland Falls, New York 10928. The allegations concern a widespread scheme involving fraudulent assignments, forged legal documents, and unlawful property transfers without my knowledge or consent, in violation of both state and federal laws governing mortgage fraud and real property.

As the rightful homeowner and a victim of this complex fraud scheme, I assert that I have been subjected to a series of unlawful acts by various entities acting in concert, or at minimum, engaging in willful blindness and gross negligence. These acts involve forged mortgage assignments, false notarizations, misrepresentations in court filings, and the use of false instruments to deprive me of legal title and financial interest in my property. The conduct constitutes a criminal enterprise under applicable federal statutes including 18 U.S.C. §§ 1014, 1028, 1341, 1343, and 1344, and under New York Penal Law Articles 175, 190, and 187. Immediate police involvement is critical to prevent further injury to my legal and financial interests.

Mortgage fraud is broadly defined under federal law as the intentional misstatement, misrepresentation, or omission relied upon by a lender or party to a mortgage transaction (see 18 U.S.C. § 1014, § 1341, § 1343, and § 1344). Wire and bank fraud are chargeable felonies carrying substantial penalties, particularly where the conduct implicates institutions engaged in

interstate commerce. Fraud involving identity documents falls under 18 U.S.C. § 1028, and any fraud through computer systems is punishable under § 1030. At the state level, New York Penal Law § 175.10 (Falsifying Business Records in the First Degree), § 190.65 (Scheme to Defraud), and § 187.10 (Residential Mortgage Fraud) directly apply. Additionally, New York Real Property Law and Executive Law § 135 criminalize the filing of false instruments and fraudulent notarizations with the County Clerk.

Beginning without my knowledge, and continuing to the present, several institutions and their agents—including J.A. Soricelli & Eileen O'Keeffe of Alliance Funding, a Division of Superior Bank FSB, Steven J. Baum of Steven J. Baum, P.C, Riyaz G. Bhimani, Eckert Seamans Cherin & Mellott, LLC., Select Portfolio Servicing, —submitted or benefited from false documents purporting to transfer the title of my property. These documents included fraudulent mortgage assignments, robo-signed affidavits, and notarized documents not executed in my presence or with my consent. In violation of New York's deed recording and notary laws, these documents appear to have been filed with false attestations and without legal authorization. The cumulative effect is a fraudulent divestiture of my lawful ownership and equity.

The assignment and servicing records tied to my property reflect inconsistencies, including breakages in the chain of title and the presence of forged signatures. Specifically, fraudulent assignments were executed by individuals named without personal knowledge or authority, and never recorded with the Orange County Clerk to simulate lawful transfer. These filings served to facilitate a larger scheme to extract value from my property through unlawful foreclosure practices and equity theft. This criminal misconduct has already formed the basis of a civil action I commenced under Index No. EF002478-2025, filed with the Supreme Court of the State of New York, Orange County. On March 14, 2025, I effectuated service of process upon all named defendants, including attorneys and corporate trustees, by Priority Mail and electronic means. The action includes claims of fraudulent misrepresentation and seeks equitable and monetary relief. However, because the underlying conduct constitutes criminal acts—including identity theft, forgery, fraud, and conspiracy—I respectfully seek prosecutorial and investigative intervention.

Accordingly, I hereby request that the Highland Falls Police Department open a formal criminal investigation into this matter, including the unlawful acts of deed theft, mortgage fraud, and identity-related offenses as they pertain to 56 Center Street, Highland Falls, New York. I am prepared to submit all supporting documentation, including the fraudulent assignments, court filings, affidavits, and expert reports as necessary. I also respectfully request that this complaint be referred, if appropriate, to the Orange County District Attorney's Office Francis Pierri and/or the Federal Bureau of Investigation due to the interstate elements of the fraud.

Please consider this a formal and urgent request for law enforcement engagement. I remain available for a sworn statement or in-person interview at your earliest convenience.

**Respectfully submitted,**
/s/ Nicole L. Lawtone-Bowles
Nicole L. Lawtone-Bowles, Pro Se

56 Center Street
Highland Falls, NY 10928
(347) 538-5386
NicoleLawtone@aol.com

---

**Defendant and Respondent Entities – Service Addresses (in order):**

1. **J.A. Soricelli & Eileen O'Keeffe**
   Alliance Funding, a Division of Superior Bank FSB
   One Ramland Road
   Orangeburg, NY 10962

2. **Steven J. Baum, Esq.**
   Steven J. Baum, P.C.
   PMB 113
   4521 PGA Blvd #113
   Palm Beach Gardens, FL 33418

3. **Riyaz G. Bhimani, Esq.**
   Eckert Seamans Cherin & Mellott, LLC
   10 Bank Street
   White Plains, NY 10606-1933

4. **Eckert Seamans Cherin & Mellott, LLC**
   10 Bank Street, Suite 700
   White Plains, NY 10606-1933

5. **Select Portfolio Servicing, Inc.**
   3217 S. Decker Lake Drive
   Salt Lake City, UT 84119-3284

6. **U.S. Bank National Association, as Trustee**
   c/o Bank of America Merrill Lynch
   4060 Ogletown Stanton Rd.
   Newark, DE 19713

7. **U.S. Bank National Association, as Trustee**
   135 S. LaSalle Street, Suite 1625
   Chicago, IL 60603-4177

8. **Bank of America Merrill Lynch**
   100 North Tryon Street
   Charlotte, NC 28255

# EXHIBIT 4

## ASSIGNMENT OF MORTGAGE

KNOW THAT Alliance Funding, a Division of Superior Bank FSB
One Ramland Road, Orangeburg, New York 10962

, assignor,

in consideration of ONE DOLLAR ($1.00) and other good and valuable consideration

paid by  **See Attached Exhibit** "A"

, assignee,

hereby assigns unto the assignee,

Mortgage dated the 29th day of      JUNE                , 2001      , made by
NICOLE LAWTONE BOWLES

to ALLIANCE FUNDING COMPANY
in the principal sum of $ 70,600.00      and recorded on the 8th day of August, 2001
, in Liber 8597      of Mortgages, page 164 , in the office of the County Clerk/ Register of Deeds of the County
of    ORANGE                covering premises therein described.

COMMONLY KNOWN AS:    56 CENTER ST
HIGHLAND FALLS, NY 10928-1808
("THIS ASSIGNMENT IS NOT SUBJECT TO THE REQUIREMENTS OF SECTION 275 OF THE REAL PROPERTY
LAW BECAUSE IT IS AN ASSIGNMENT WITHIN THE SECONDARY MORTGAGE MARKET.")

TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with
the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assigns of
the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument
so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment this 9th   day of   JULY
2001
IN PRESENCE OF:

Alliance Funding, a
Division of Superior Bank FSB

DONNA GRAY

J. A. SORICELLI
VICE PRESIDENT

-SEAL-

STATE OF NEW YORK      )
) ss:
COUNTY OF ROCKLAND    )

On the  9th    day of    JULY         in the year    2001    before me, the undersigned, a Notary Public
in and for said State, personally appeared    J. A. SORICELLI, VICE PRESIDENT
personally known to me or proved to me on the basis of satisfactory evidence to be the individual (s) whose name (s) is (are)
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies),
and that by his/her/their signature (s) on the instrument, the individual (s), or the person upon behalf of which the individual (s)
acted, executed the instrument.

EILEEN O'KEEFFE
NOTARY PUBLIC, State of New York
No. 01OK6053056
Qualified in Orange County
My Commission Expires Jan. 2, 2003

Assignment of Mortgage
without Covenant

SECTION  103
BLOCK    3
LOT      48
COUNTY OR TOWN    ORANGE

RETURN BY MAIL TO:   When recorded return to :
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737
SPS # 00023327161

LOAN ID:
AJTK                    ASG01A.NYM

NY ASSIGNMENT OF MORTGAGE (9-14/99)

EXHIBIT A

Assignee:  U.S. Bank National Association, as trustee, in trust for the holders of MLMI Trust
2002-AFC1 Asset-Backed Certificates, Series 2002-AFC1
C/O Select Portfolio Servicing, Inc.
3815 S. West Temple
Salt Lake City, Utah 84115

000006755  Bk:00960  PG:00081

```
FILED, RECORDED, INDEXED
10/17/2001 12:08:01PM
Rec Fee: 6.00      St Fee: 0.00
Co Fee: 0.00       Pages: 1
Clerk of Court
Colleton County, SC
Patricia C. Grant
```

WHEN RECORDED MAIL TO:
SUPERIOR BANK FSB
135 CHESTNUT RIDGE ROAD
MONTVALE NJ 07645
ATTN: RECORDED DOCUMENTS DEPT.

Deliver to: RATCHFORD & HAMILTON, LLP
1531 LAUREL ST
COLUMBIA S C 29201-2697

10/17/2001

## ASSIGNMENT OF MORTGAGE

For Value Received, Alliance Funding Company, Division of Superior Bank FSB the holder of the following described mortgage and note secured thereby, hereby transfers, sets over and assigns to

*LA SALLE NATIONAL BANK, AS TRUSTEE
UNDER THE POOLING AND SERVICING
AGREEMENT DATED 3/1/99, SERIES 1999-

that certain mortgage dated   DECEMBER  28            , 1998  and note thereby secured, executed by LEROY TERRY

*originally*
to EQUI SOURCE HOME MORTGAGE CORP and then assigned to Alliance Funding on 1/5/99 in Bk 806 Pg 272
which said mortgage is duly recorded in the RMC Office for Dorchester Colleton County,  South Carolina, in Mortgage Book 806           , Page 351       , and was recorded on the
5th day of January , 1999   . This Assignment is dated this  19th
day of   JANUARY      , 1999  .

Alliance Funding Company,
Division of Superior Bank FSB

IN THE PRESENCE OF:

SHARON FERGUSON

KIMBERLY FARMER

By: _____
J. A. SORICELLI

Title: VICE PRESIDENT

Attest:
_____
SUSAN AUGIENELLO ASSISTANT, Secretary

Seal

STATE OF   NEW JERSEY        )
                             ).ss:
COUNTY OF  BERGEN            )

209 HENDERSON STREET
WALTERBORO, SC 29488

BEFORE ME PERSONALLY APPEARED Eileen O'Keeffe        , who being first duly sworn, says that he/she saw the corporate seal of the corporation affixed to the foregoing instrument and that he/she also saw   J. A. SORICELLI        ,  VICE PRESIDENT
and  SUSAN AUGIENELLO              ASSISTANT SECRETARY           of said corporation sign and attest the same, and that he/she with Sharon Ferguson & Kimberly Farmer, witnessed the execution and delivery thereof as the act and deed of the said corporation.

Sworn to before me this 19th  day of JANUARY    ,1999  .

witness? Eileen O'Keeffe

Andrea Hahn
ANDREA HAHN
Notary Public for NEW JERSEY
My Commission expires:   MARCH  23, 2000
                    LOAN ID: 0801417528
AKDL           ASC003A.SCM

SC ASSIGNMENT OF MORTGAGE (02/07/97)

Re: [EXTERNAL] Request for Certificate of Merit to Proceed as a Poor Person Urgent: Mortgage Fraud & Foreclosure Abuse Case – Request for Certificate of Merit

From:   Dr. Nicole Lawtone-Bowles (nicolelawtone@aol.com)

To:     lcanton@orangecountygov.com

Date:   Thursday, March 20, 2025, 01:29 PM EDT

Hi Leah,

I've been trying to bring this mortgage assignment fraud to your office's attention for 15 years. I'm not the only one affected by this issue. Please take a moment to hear me out and review the evidence.

I am a 2L Law Student and returned to law school to help myself. In the process, I discovered a RICO case in Orange County. I feel like I'm living an episode of American Greed. Everyone mentioned in my complaint has faced charges in other states, but not in New York. These lawyers have committed fraud on homeowners under US Bank Trust.

Thank you for your time and consideration.

Nicole Lawtone-Bowles
A.A.B., A.A., B.P.S., J.M., Ph.D. (ABD), DHA (ABD)
Juris Doctor Candidate, 2L
Purdue Global Law School
Pronouns: she, her, hers
Nicole Lawtone-Bowles
View my research on my SSRN Author page https://ssrn.com/author=6965456
https://www.linkedin.com/in/nicole-lawtone-bowles
"Master your mind because a thought can ruin your whole day.

On Thursday, March 20, 2025 at 12:46:48 PM EDT, Canton, Leah <lcanton@orangecountygov.com> wrote:

Good afternoon,

This is civil matter.  We cannot assist you.

Leah

**From:** Dr. Nicole Lawtone-Bowles <nicolelawtone@aol.com>
**Sent:** Wednesday, March 19, 2025 9:31 PM
**To:** District Attorney <DistrictAttorney@orangecountygov.com>
**Cc:** Riyaz Bhimani <rbhimani@eckertseamans.com>; aschwartz@advocatesny.com
**Subject:** [EXTERNAL] Request for Certificate of Merit to Proceed as a Poor Person Urgent:
Mortgage Fraud & Foreclosure Abuse Case – Request for Certificate of Merit

## Re: Request for Certificate of Merit to Proceed as a Poor Person – Mortgage Fraud & Foreclosure Abuse

Dear District Attorney Hoovler,

I am writing to formally request a Certificate of Merit from your office so that I may proceed as a poor person in my lawsuit against Steven J. Baum, Steven J. Baum, P.C., Riyaz G. Bhimani, Eckert Seamans Cherin & Mellott, LLC, Select Portfolio Servicing, LaSalle Bank National Association (as trustee for Merrill Lynch Mortgage Investors Trust Series 2002-AFC1), U.S. Bank National Association (as trustee and successor-in-interest to Bank of

America, successor by merger to LaSalle Bank, as trustee), et al.

I spoke with Francis Pierri today regarding a fraudulent mortgage assignment that was used to unlawfully foreclose on my home. Judge Brett Borge has directed me to obtain a Certificate of Merit to substantiate my claims of mortgage fraud, foreclosure abuse, and violations of the Foreclosure Abuse Prevention Act (FAPA). Given the extensive evidence of fraudulent mortgage assignments and illegal foreclosure actions against me, I am seeking validation from your office to support my claims in court.

Case Background & Fraudulent Mortgage Assignment Timeline

The following evidence demonstrates systematic mortgage fraud, improper foreclosure practices, and violations of New York law:

1. Origination & Fraudulent Assignment of My Mortgage

June 29, 2001 – I closed on my mortgage for 56 Center Street, Highland Falls, NY 10928.

July 9, 2001 – An Assignment of Mortgage was executed before the mortgage was recorded—an impossibility under New York law.

July 27, 2001 – Superior Bank, the alleged assignor, failed and was taken over by the FDIC.

August 8, 2001 – The mortgage was officially recorded—after Superior Bank had already failed, raising serious questions about who had legal authority over my mortgage.

## 2. Illegal Transfers & Fraudulent Successions

2002 – Merrill Lynch Mortgage Investors Trust Series 2002-AFC1 was created.

🔴 Problem: My mortgage was allegedly assigned to this trust in 2001—before the trust existed, making the assignment fraudulent.

2002 – LaSalle Bank became trustee for the Merrill Lynch Trust.

🔴 Problem: There is no valid FDIC documentation showing a legal transfer of Superior Bank's assets to LaSalle Bank.

2007 – Bank of America acquired LaSalle Bank.

2010 – U.S. Bank became trustee for Merrill Lynch Trust Series 2002-AFC1.

🔴 Problem: U.S. Bank is now enforcing a mortgage that was fraudulently assigned in 2001—when the trust did not exist.

## 3. Foreclosure Actions Based on Fraudulent Assignments

2011 – Steven J. Baum, P.C., was shut down for engaging in fraudulent foreclosure practices, including robo-signing.

2018 – U.S. Bank filed a foreclosure action against me.

🔴 Problem: The statute of limitations expired in 2015, making this foreclosure action unlawful.

2022 – Foreclosure Abuse Prevention Act (FAPA) was enacted, prohibiting lenders from reviving expired foreclosure cases.

2023-2024 – U.S. Bank continues foreclosure attempts despite FAPA prohibitions.

## Legal Violations & Fraudulent Practices

## Foreclosure Is Time-Barred

Under CPLR § 213(4), foreclosure actions must be filed within six years of loan acceleration.

My loan was accelerated in 2009, meaning the statute of limitations expired in 2015.

FAPA (2022) explicitly prohibits reviving time-barred foreclosure actions.

## Fraudulent Mortgage Assignment

The mortgage was assigned before it was recorded, violating New York law.

The bank that allegedly assigned my mortgage failed before the assignment, rendering it void.

The mortgage was assigned to a trust that did not exist at the time.

## U.S. Bank Lacks Legal Standing

There is no valid chain of title showing how U.S. Bank obtained my mortgage.

Without a legal assignment, U.S. Bank cannot foreclose on my home.

## Violations of the Foreclosure Abuse Prevention Act (FAPA)

U.S. Bank illegally revived a foreclosure action beyond the statute of limitations.

Request for Certificate of Merit

Given the overwhelming evidence of fraud and violations of New York law, I respectfully request that the Orange County District Attorney's Office issue a Certificate of Merit confirming the validity of my claims so that I may proceed as a poor person in court.

This case not only affects me but serves as an example of widespread mortgage fraud and foreclosure abuse that continues to harm New York homeowners. Your assistance in validating this fraudulent mortgage assignment and foreclosure will help ensure that justice is served.

Please let me know how I may proceed in obtaining this Certificate of Merit at your earliest convenience.

Thank you for your time and consideration.

Sincerely,

Nicole Lawtone-Bowles

AOL Mail - Re: [EXTERNAL] Request for Certificate of Merit to Procee...ge...n...osure Abuse Case – Request for Certificate of Merit          3/22/25, 5:41 PM

Nicole Lawtone-Bowles

A.A.B., A.A., B.P.S., J.M., Ph.D. (ABD), DHA (ABD)

Juris Doctor Candidate, 2L

Purdue Global Law School

Pronouns: she, her, hers

Nicole Lawtone-Bowles

View my research on my SSRN Author page https://ssrn.com/author=6965456

https://www.linkedin.com/in/nicole-lawtone-bowles

"Master your mind because a thought can ruin your whole day.

----- Forwarded Message -----

**From:** Dr. Nicole Lawtone-Bowles <nicolelawtone@aol.com>

**To:** aschwartz@advocatesny.com <aschwartz@advocatesny.com>; Riyaz Bhimani
<rbhimani@eckertseamans.com>

**Sent:** Tuesday, March 18, 2025 at 07:06:32 PM EDT

**Subject:** Re: US Bank NA v. Bowles -- PRIVILEGED & CONFIDENTIAL SETTLEMENT COMMUNICATION

# **Subject:** Response to Loan Modification Proposal

Dear Mr. Bhimani,

I am writing to clarify that Mr. Schwartz is not my attorney. I am representing myself in this matter.

Your client and its mortgage servicer have engaged in **foreclosure abuse, mortgage assignment fraud, and violations of the Foreclosure Abuse Prevention Act (FAPA).** I have outlined below the extensive evidence proving fraudulent mortgage

assignments and illegal foreclosure actions taken against me.

**Fraudulent Mortgage Assignment and Foreclosure Abuse Timeline**

**1. Formation and Operations of Alliance Funding & Superior Bank**

- **1985:** Alliance Funding Company was established as a nationwide mortgage banking entity specializing in subprime lending.
- **1988:** Superior Bank, FSB, was formed after the Pritzker and Dworman families acquired Lyons Savings, a troubled federal savings and loan association.
- **1992:** Alliance Funding Company was integrated into Superior Bank, enhancing its focus on subprime mortgage lending.

**2. Origination and Assignment of My Mortgage (Nicole Lawtone-Bowles)**

- **June 29, 2001:** I closed on my mortgage for **56 Center Street, Highland Falls, NY 10928.**
- **July 9, 2001:** An **Assignment of Mortgage was executed before the mortgage was officially recorded.**

  - 🔴 **Problem:** A mortgage cannot be assigned before it is recorded—this is clear evidence of fraudulent documentation.

- **July 27, 2001: Superior Bank failed, and the FDIC was appointed as receiver.**

  - 🔴 **Problem:** How did Superior Bank legally assign mortgages after failing?

- **August 8, 2001:** The mortgage was officially recorded in the **Orange County Clerk's Office.**

- 🔴 **Problem:** This happened **after** the lender (Superior Bank) had already failed, further proving fraudulent assignment.

### 3. Illegal Transfers of My Mortgage and Trustee Successions

- **2002: Merrill Lynch Mortgage Investors Trust Series 2002-AFC1 was created.**

  - 🔴 **Problem:** How was my mortgage assigned to a trust that **did not exist in 2001?**

- **2002:** LaSalle Bank became trustee for the Merrill Lynch Trust.

  - 🔴 **Problem:** The FDIC should have handled the transfer of Superior Bank's assets, yet **no valid FDIC documentation exists** showing a legal transfer.

- **2004:** Fairbanks Capital (a controversial mortgage servicer) **rebranded as Select Portfolio Servicing (SPS)** and continued servicing subprime loans, including those from Alliance Funding.

- **2007: Bank of America acquired LaSalle Bank for $21 billion.**

  - 🔴 **Problem:** If the original transfer from **Superior Bank was fraudulent,** then all subsequent trustee transfers are also invalid.

- **2008:** Bank of America acquired **Merrill Lynch, gaining control over mortgage-backed securities (MBS).**

- **2010: U.S. Bank National Association took over as trustee for Merrill Lynch Trust Series 2002-AFC1.**

- 🔴 **Problem:** U.S. Bank is now **enforcing a mortgage that was fraudulently assigned in 2001—before the trust even existed.**

**4. Foreclosure Actions and Fraudulent Legal Practices**

- **2009-2011:** Mass foreclosures occurred due to the financial crisis, with U.S. Bank filing foreclosure actions based on **improper mortgage assignments.**
- **2011:** The foreclosure law firm **Steven J. Baum, P.C.,** was shut down due to **fraudulent robo-signing and wrongful foreclosures.**
- **2018:** U.S. Bank **filed a foreclosure action against me.**

  - 🔴 **Problem:** The **statute of limitations expired in 2015,** making the foreclosure unlawful.

- **2022:** The **Foreclosure Abuse Prevention Act (FAPA) was enacted.**

  - ⚖️ **FAPA explicitly prohibits lenders from reviving expired foreclosure cases.**

- **2023-2024:** U.S. Bank **continued foreclosure proceedings despite FAPA prohibitions.**

**Evidence of Mortgage Fraud (Summary Table)**

| Event | Date | Significance |
|---|---|---|
| **Mortgage Closing** | June 29, 2001 | I signed the mortgage agreement. |
| **Assignment of Mortgage** | July 9, 2001 | The mortgage was assigned **before it was recorded** (impossible and fraudulent). |
| **Superior Bank Failure** | July 27, 2001 | The lender failed before the mortgage was recorded. **Who controlled the loan after this date?** |

| Mortgage Recorded | August 8, 2001 | The mortgage was officially recorded **after the lender failed**—which is highly suspect. |
| Merrill Lynch Mortgage Investors Trust Created | 2002 | The trust **did not exist at the time of assignment** in 2001, proving fraud. |
| LaSalle Bank Becomes Trustee | 2002 | The mortgage should have gone through the FDIC, but **no proof of a legal transfer exists.** |
| Bank of America Acquired LaSalle Bank | 2007 | If the original transfer was fraudulent, then **all later trustee transfers were also fraudulent.** |
| U.S. Bank Became Trustee | 2010 | U.S. Bank **is enforcing a mortgage that was never legally transferred.** |
| Foreclosure Action Filed by U.S. Bank | 2018 | The foreclosure should be **time-barred** as the statute of limitations expired in 2015. |
| Foreclosure Abuse Prevention Act (FAPA) Enacted | 2022 | **Law prohibits lenders from restarting expired foreclosure actions.** |
| U.S. Bank Continues Foreclosure Attempts | 2023-2024 | **U.S. Bank is violating FAPA by reviving an expired foreclosure.** |

**Legal Arguments Against Foreclosure**

**1. The Foreclosure Is Time-Barred**

- Under **CPLR § 213(4)**, foreclosure actions **must be filed within six years of loan acceleration.**
- My loan was accelerated in **2009**, meaning the statute of limitations **expired in 2015.**
- **FAPA (2022) explicitly prohibits reviving time-barred foreclosure actions.**

**2. The Mortgage Assignment Is Fraudulent**

- The mortgage was **assigned before it was recorded**—an impossibility under **New York law.**
- The bank that allegedly assigned my mortgage had **already failed.**
- The mortgage was **assigned to a trust that did not exist at the time.**

**3. U.S. Bank Lacks Standing**

- **No valid chain of title exists** showing how U.S. Bank legally obtained the mortgage.
- Without a **legal assignment, U.S. Bank cannot foreclose.**

**4. Violation of New York's Foreclosure Abuse Prevention Act (FAPA)**

- U.S. Bank **illegally revived** a foreclosure action **beyond the statute of limitations.**

---

**Conclusion: Dismiss the Foreclosure & Provide Compensation**

At this time, I **will not entertain discussions of a loan modification.** Given the overwhelming evidence of fraud and foreclosure abuse, the only appropriate resolution is for your client to:

1. **Immediately dismiss this case** and cease all foreclosure attempts.
2. **Compensate me for financial damages, emotional distress, and time lost** due to the fraudulent actions taken against me for over 14 years.

Additionally, I have **contacted the relevant authorities** regarding these fraudulent foreclosure practices and will pursue all available legal remedies. Any further harassment will be documented and included in legal proceedings.

**All further communication must be in writing.**

Sincerely,

Nicole Lawtone-Bowles

A.A.B., A.A., B.P.S., J.M., Ph.D. (ABD), DHA (ABD)

Juris Doctor Candidate, 2L

AOL Mail - Re: [EXTERNAL] Request for Certificate of Merit to Procee...ge in a Foreclosure Abuse Case – Request for Certificate of Merit          3/22/25, 5:41 PM

Purdue Global Law School

Pronouns: she, her, hers

Nicole Lawtone-Bowles

View my research on my SSRN Author page https://ssrn.com/author=6965456

https://www.linkedin.com/in/nicole-lawtone-bowles

"Master your mind because a thought can ruin your whole day.

On Tuesday, March 18, 2025 at 06:51:07 PM EDT, Riyaz Bhimani <rbhimani@eckertseamans.com> wrote:

**PRIVILEGED & CONFIDENTIAL**

**ATTORNEY SETTLEMENT COMMUNICATION**

Dear Ms. Bowles and Mr. Schwartz,

I write on behalf of the foreclosure Plaintiff and its mortgage servicer.  I have been authorized to reach out to you to discuss potential resolution by a loan modification.  I have proposed terms for a potential loan modification.  If you are interested in a potential loan modification, please respond to this e-mail with available dates & times this week or next to discuss.  Thank you.

Riyaz Bhimani

**Riyaz Bhimani**
Member
Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700 | White Plains, NY 10606



📞 914-286-2806   |   🖨 914-949-5424

✉ RBhimani@eckertseamans.com

BIO: 👤 VCARD: 🪪 | 🌐 in 🐦

This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.

This communication may contain confidential information and is intended only for the individual or entity to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender, and destroy all copies of the original message. No responsibility is accepted by Orange County Government for any loss or damage arising in any way from receiving this communication.

Re: CFPB Complaint No.: 50318-19398152

From: Dr. Nicole Lawtone-Bowles (nicolelawtone@aol.com)

To:     mkurtz@hinshawlaw.com

Cc:     lchirch@hinshawlaw.com

Date: Monday, April 14, 2025 at 06:19 PM EDT

To Whom It May Concern:

This entire statement issued by Hinshaw & Culbertson LLP on behalf of Select
Portfolio Servicing, Inc. is a fraudulent misrepresentation of the facts. You should be
ashamed of yourselves for attempting to pass this off as a legitimate response to a
federal complaint filed with the Consumer Financial Protection Bureau.

The contents of this letter do not reflect the truth, nor do they support the factual
record in this case or the investigations conducted by federal authorities. The timeline
you provided is fabricated, legally impossible, and deliberately misleading—
especially the claim that Alliance Funding assigned the mortgage to a trust in 2011 for
a trust that was formed in 2002. That alone renders your position null and void.

Moreover, I would like to formally state for the record that Steven J. Baum, the
attorney involved in this scheme, took my money in 2004, acted in bad faith, and was
ultimately forced out of New York in 2011 due to unethical practices. As of this
writing, he is currently practicing law in Florida and still retained his New York
license after that which is crazy, where he continues to escape accountability.

This statement is not only misleading—it is offensive to the principles of justice and
an insult to the intelligence of any reviewing authority. The pattern of deceit
surrounding this mortgage, the fraudulent assignments, and the continued abuse of the
foreclosure process must stop.

Respectfully,

Nicole L. Lawtone-Bowles

Complainant & Borrower


Nicole Lawtone-Bowles
A.A.B., A.A., B.P.S., J.M., Ph.D. (ABD), DHA (ABD)
Juris Doctor Candidate, 2L
Purdue Global Law School
Pronouns: she, her, hers

Nicole Lawtone-Bowles
View my research on my SSRN Author page
https://ssrn.com/author=6965456
https://www.linkedin.com/in/nicole-lawtone-bowles
"Master your mind because a thought can ruin your whole day."

On Monday, April 14, 2025, 17:50, Dr. Nicole Lawtone-Bowles <nicolelawtone@aol.com> wrote:

Mitchell, this entire statement by you is a lie.

I am the borrower, Nicole Lawtone-Bowles, and I did in fact execute an adjustable rate note on June 29, 2001 in the amount of $70,600.00 in favor of Alliance Funding, a Division of Superior Bank, FSB. That part is true. However, the remainder of your account is false, misleading, and part of a fraudulent foreclosure scheme.

Here are the corrected facts:

1. The Assignment of Mortgage dated July 9, 2001 is fraudulent—it was executed before the mortgage was ever recorded, which is legally impossible under New York law. A mortgage must be recorded before it can be legally assigned.

2. Superior Bank failed on July 27, 2001, and was taken over by the FDIC. Therefore, it had no legal authority to assign any mortgage after that date. Yet the mortgage wasn't officially recorded until August 8, 2001—after the bank had failed. This completely undermines the legitimacy of the assignment.

3. Merrill Lynch Mortgage Investors Trust 2002-AFC1 did not exist until 2002, yet my mortgage was allegedly transferred to it in 2001—before the trust existed, making the assignment void ab initio.

4. There is no valid FDIC documentation showing that Superior Bank's mortgage asset was lawfully transferred to LaSalle Bank, or subsequently to U.S. Bank. Without a complete and lawful chain of title, U.S. Bank has no standing to foreclose on my home.

5. The loan was allegedly accelerated in 2009, but no foreclosure was filed until 2018, well beyond the six-year statute of limitations under CPLR § 213(4). That means the foreclosure is time-barred.

6. The Foreclosure Abuse Prevention Act (FAPA), enacted in 2022, prohibits revival of time-barred foreclosures, yet U.S. Bank continues to pursue enforcement in clear violation of this law.

7. Steven J. Baum, P.C., the firm that previously handled the foreclosure in 2004 and took my workers compensation check of $81,000.00 for which I have proof and he was shut down in 2011 for widespread fraud, including robo-signing, further corrupting the record of this mortgage.

Conclusion:

I, Nicole Lawtone-Bowles, the borrower, assert that this foreclosure is being pursued based on fraudulent assignments, unlawful trust transfers, expired statutory rights, and a complete lack of legal standing by the bank. I reject your version of events as factually and legally false, and I will continue to assert my rights under New York law, the CPLR, and FAPA and add to the police investigation currently pending.

Nicole Lawtone-Bowles
A.A.B., A.A., B.P.S., J.M., Ph.D. (ABD), DHA (ABD)
Juris Doctor Candidate, 2L
Purdue Global Law School
Pronouns: she, her, hers
Nicole Lawtone-Bowles
View my research on my SSRN Author page
https://ssrn.com/author=6965456
https://www.linkedin.com/in/nicole-lawtone-bowles
"Master your mind because a thought can ruin your whole day."

On Monday, March 31, 2025, 13:59, Kurtz, Mitchell <mkurtz@hinshawlaw.com> wrote:

Here you go.

I was unable to recall the mailing so that will still come.

**Mitchell Kurtz**
*(he/him/his)*

Partner
**Hinshaw & Culbertson LLP**

*PLEASE NOTE OUR NEW LOCATION AS OF 1-28-2025:*
111 Wood Avenue South, Suite 210, Iselin, NJ 08830

**O:** 908-374-0341 | **F:** 908-374-0345
mkurtz@hinshawlaw.com
My Bio | hinshawlaw.com

**Follow us on**  



---

**From:** Dr. Nicole Lawtone-Bowles <nicolelawtone@aol.com>
**Sent:** Sunday, March 30, 2025 2:13 PM
**To:** Kurtz, Mitchell <mkurtz@hinshawlaw.com>
**Subject:** Fw: UPS Update: Package Scheduled for Delivery Tomorrow

_____

Subject: Communication Request

Happy Sunday, Mitchell,

As I've mentioned previously, I kindly ask that you refrain from sending physical documents. Due to my disability, it's very difficult for me to review them. I would greatly appreciate it if you could send any filings or documents you want me to look at via email instead.

Thank you for your understanding.

Best regards,

Nicole Lawtone-Bowles
A.A.B., A.A., B.P.S., J.M., Ph.D. (ABD), DHA (ABD)
Juris Doctor Candidate, 2L
Purdue Global Law School
Pronouns: she, her, hers
Nicole Lawtone-Bowles
View my research on my SSRN Author page
https://ssrn.com/author=6965456
https://www.linkedin.com/in/nicole-lawtone-bowles
"Master your mind because a thought can ruin your whole day."

Begin forwarded message:

On Sunday, March 30, 2025, 11:26, UPS <mcinfo@ups.com> wrote:



Hi Nicole,

# Your package is arriving tomorrow.

From **HINSHAW && CULBERTSON LLP**

**Scheduled Delivery**

# Monday 03/31/2025
# 12:00 PM

**Track Your Package ›**

**Change Delivery**

**Ship To**

56 CENTER STREET
HIGHLAND FALLS, NY 109281800
US

UPS Next Day Air

1Z60802E0134788508

Not going to be home?

Log in to change your delivery.

You will be prompted to accept Terms and Conditions to change delivery.

©2025 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

Please do not reply to this email.

Manage Delivery Alerts | Privacy Notice | Service Terms

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this

message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

FILED: ORANGE COUNTY CLERK 04/03/2018 04:54 PM
NYSCEF DOC. NO. 8

INDEX NO. EF003745-2018
RECEIVED NYSCEF: 04/04/2018

25-35655-kyp    Doc 25    Filed 07/28/25    Entered 07/28/25 09:38:08    Main Document
Pg 40 of 49

# EXHIBIT 4

## ASSIGNMENT OF MORTGAGE

**KNOW THAT** Alliance Funding, a Division of Superior Bank FSB
One Ramland Road, Orangeburg, New York 10962

, assignor,

in consideration of ONE DOLLAR ($1.00) and other good and valuable consideration

paid by    **See Attached Exhibit** " A "

, assignee,

hereby assigns unto the assignee,

Mortgage dated the 29th   day of    JUNE          , 2001      , made by
NICOLE LAWTONE BOWLES

to ALLIANCE FUNDING COMPANY
in the principal sum of $  70,600.00   and recorded on the  8th day of August, 2001
, in Liber 8597   of Mortgages, page 164 , in the office of the County Clerk/ Register of Deeds of the County
of    ORANGE           covering premises therein described.

COMMONLY KNOWN AS:   56 CENTER ST
HIGHLAND FALLS, NY 10928-1808

("THIS ASSIGNMENT IS NOT SUBJECT TO THE REQUIREMENTS OF SECTION 275 OF THE REAL PROPERTY
LAW BECAUSE IT IS AN ASSIGNMENT WITHIN THE SECONDARY MORTGAGE MARKET.")

TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with
the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assigns of
the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument
so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment this 9th   day of   JULY
2001
IN PRESENCE OF:

                                        Alliance Funding, a
                                        Division of Superior Bank FSB

          DONNA GRAY

                                        J. A. SORICELLI
                                        VICE PRESIDENT
-SEAL-

**STATE OF NEW YORK**          )
                               ) ss:
**COUNTY OF ROCKLAND**         )

On the  9th   day of   JULY          in the year    2001    before me, the undersigned, a Notary Public
in and for said State, personally appeared    J. A. SORICELLI, VICE PRESIDENT
personally known to me or proved to me on the basis of satisfactory evidence to be the individual (s) whose name (s) is (are)
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies),
and that by his/her/their signature (s) on the instrument, the individual (s), or the person upon behalf of which the individual (s)
acted, executed the instrument.

                               EILEEN O'KEEFFE
                               NOTARY PUBLIC, State of New York
                               No. 01OK6053056
                               Qualified in Orange County
                               My Commission Expires Jan. 2, 2003

**Assignment of Mortgage**
without Covenant

SECTION  103
BLOCK    3
LOT      48
COUNTY OR TOWN   ORANGE

**RETURN BY MAIL TO:**  When recorded return to :
                        Richmond Monroe Group
                        82 Jim Linegar LN
                        Branson West, MO. 65737
                        SPS # 000232716l

                                        LOAN ID:
                        AJ/TK          ASG014A.NYM

FILED: ORANGE COUNTY CLERK 04/03/2018 04:54 PM

NYSCEF DOC. NO. 6

INDEX NO. EF003745-2018

RECEIVED NYSCEF: 04/04/2018

25-35655-kyp    Doc 25    Filed 07/28/25    Entered 07/28/25 09:38:08    Main Document
Pg 42 of 49

**EXHIBIT A**

Assignee:  U.S. Bank National Association, as trustee, in trust for the holders of MLMI Trust
2002-AFC1 Asset-Backed Certificates, Series 2002-AFC1
C/O Select Portfolio Servicing, Inc.
3815 S. West Temple
Salt Lake City, Utah 84115

25-35655-kyp     Doc 25     Filed 07/28/25     Entered 07/28/25 09:38:08     Main Document
Pg 43 of 49

# EXHIBIT D

FILED: ORANGE COUNTY CLERK 05/20/2019 06:19 PM    INDEX NO. EF004014-2019

NYSCEF DOC. NO: 6    25-35655-kyp    Doc 25    Filed 07/28/25    Entered 07/28/25 09:38:08    Main Document    RECEIVED NYSCEF: 05/20/2019

Pg 44 of 49

## ASSIGNMENT OF MORTGAGE

KNOW THAT Alliance Funding, a Division of Superior Bank FSB
One Ramland Road, Orangeburg, New York 10962

, assignor,

in consideration of ONE DOLLAR ($1.00) and other good and valuable consideration

paid by    See Attached Exhibit "A"

, assignee,

hereby assigns unto the assignee,

Mortgage dated the 29th day of    JUNE      , 2001    , made by
NICOLE LANTONE BOWLES

to ALLIANCE FUNDING COMPANY
in the principal sum of $ 70,600.00    and recorded on the 8th day of August , 2001
, in Liber 8597 of Mortgages, page 164 , in the office of the County Clerk/ Register of Deeds of the County
of    ORANGE      covering premises therein described.

COMMONLY KNOWN AS:    56 CENTER ST
HIGHLAND FALLS, NY 10928-1808
("THIS ASSIGNMENT IS NOT SUBJECT TO THE REQUIREMENTS OF SECTION 275 OF THE REAL PROPERTY
LAW BECAUSE IT IS AN ASSIGNMENT WITHIN THE SECONDARY MORTGAGE MARKET.")

TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with
the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assigns of
the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument
so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment this 9th day of JULY
2001 .

IN PRESENCE OF:

     Alliance Funding, a
     Division of Superior Bank FSB

J. A. SORICELLI
VICE PRESIDENT

-SEAL-

STATE OF NEW YORK      )
                      ) ss:
COUNTY OF ROCKLAND      )

On the 9th day of JULY      in the year 2001 before me, the undersigned, a Notary Public
in and for said State, personally appeared    J. A. SORICELLI, VICE PRESIDENT
personally known to me or proved to me on the basis of satisfactory evidence to be the individual (s) whose name (s) is (are)
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies),
and that by his/her/their signature (s) on the instrument, the individual (s), or the person upon behalf of which the individual (s)
acted, executed the instrument.

     EILEEN O'KEEFFE
     NOTARY PUBLIC, State of New York
     No.01OK6053056
     Qualified in Orange County
     My Commission Expires Jan. 2, 2003

Assignment of Mortgage
without Covenant

SECTION 103
BLOCK    3
LOT      48
COUNTY OR TOWN      ORANGE

RETURN BY MAIL TO:    SUPERIOR BANK FSB
                        ONE RAMLAND ROAD
                        ORANGEBURG, NY 10962
                        ATTN: RECORDED DOCUMENTS DEPT.

LOAN ID:
AJTK      ASGN4A.NYM

NY ASSIGNMENT OF MORTGAGE (9-14/99)

**EXHIBIT A**

Assignee:  U.S. Bank National Association, as trustee, in trust for the holders of MLMI Trust
2002-AFC1 Asset-Backed Certificates, Series 2002-AFC1
C/O Select Portfolio Servicing, Inc.
3815 S. West Temple
Salt Lake City, Utah 84115

📁 **Chronological Timeline of Events: Nicole Lawtone-Bowles – Mortgage and Foreclosure Dispute**

## I. Mortgage Origination and Early Chain of Title Issues

- **June 29, 2001**
  Nicole Lawtone-Bowles closed on a $70,600 mortgage for 56 Center Street, Highland Falls, NY, originated by Alliance Funding, a division of Superior Bank, FSB.

- **July 9, 2001**
  Assignment of Mortgage was executed *before* the mortgage was recorded.
  🔴 *Legal issue: An assignment prior to recording is procedurally invalid under New York law.*

- **July 27, 2001**
  Superior Bank failed; the FDIC was appointed receiver.
  🔴 *Legal issue: No lawful authority to execute or ratify transfers post-failure without FDIC documentation.*

- **August 8, 2001**
  The mortgage was officially recorded in Orange County Clerk's Office.
  🔴 *Legal issue: Recording after failure raises authenticity and authority issues.*

## II. Satisfaction and Servicing Transitions

- **2002**
  Merrill Lynch Mortgage Investors Trust Series 2002-AFC1 was created.
  🔴 *Legal issue: Mortgage assignment in 2001 to a trust created in 2002 is facially fraudulent.*

- **2002**
  LaSalle Bank became trustee for the Merrill Lynch Trust 2002-AFC1.

🔴 *Legal issue: No FDIC documentation exists to prove the transfer of Superior Bank's assets.*

- **September 7, 2004**
Lawtone-Bowles paid $81,000 by signing over her workers compensation check to Steven J. Baum, P.C., counsel for SPS, and received a "Paid in Full" letter confirming satisfaction of the mortgage.

- **2004**
Fairbanks Capital Corp. (1989-2004) rebranded to Select Portfolio Servicing (SPS), the servicer involved in the dispute.

- **2007**
Bank of America acquired LaSalle Bank, becoming successor trustee.

## III. Acceleration, Foreclosure, and FAPA Violations

- **February 1, 2009**
Lawtone-Bowles allegedly defaulted on her mortgage. Loan was accelerated.
🔴 *Legal effect: Statute of limitations (6 years under CPLR § 213(4)) begins.*

- **January 8, 2010**
LaSalle Bank, as trustee, initiated foreclosure action (Index No. 592/2010).

- **2010**
U.S. Bank replaced Bank of America as trustee for the Merrill Lynch Trust Series 2002-AFC1.

- **2011**
Steven J. Baum, P.C., the foreclosure counsel, was shut down for systemic fraud and robo-signing.

- **2015**
Lawtone-Bowles received written confirmation of the mortgage satisfaction from Steven J. Baum, P.C., following contact with the NYS Attorney General's Office.

## IV. Disputed Revival and Illegal Foreclosure Efforts

- **April 3, 2018**
  U.S. Bank initiated an action to vacate the recorded satisfaction of mortgage (Index No. EF003745-2018).
  🔴 *Legal issue: Action was filed beyond the 6-year statute of limitations; the debt was extinguished in 2004.*

- **2018**
  U.S. Bank filed a foreclosure action despite statute of limitations expiring on February 1, 2015.

- **2022**
  New York enacts the **Foreclosure Abuse Prevention Act (FAPA)**.
  🔴 *Legal effect: Bars revival of time-barred foreclosure claims and applies retroactively.*

- **2023–2024**
  U.S. Bank continued foreclosure efforts despite FAPA's prohibitions.
  🔴 *Legal issue: These actions violate FAPA and represent abuse of judicial process.*

## V. Legal Summary

🚫 **Fraudulent Assignment**

- Executed before mortgage was recorded.

- Executed by a failed lender.

- Transferred into a trust that didn't exist.

⚖️ **Lack of Standing**

- Break in chain of title.

- U.S. Bank lacked enforceable legal rights to foreclose.

## 🕐 Statute of Limitations

- Accelerated on February 1, 2009.

- Expired on February 1, 2015.

- Action filed in 2018 is time-barred.

## 📚 Violations of Judiciary Law § 487

- Deceptive litigation conducts by attorneys.

- Misuse of court process to enforce void claims.

---

## VI. Relief Requested

- A declaration that the foreclosure is **void**.

- Recognition that the mortgage was **satisfied in 2004**.

- **Compensatory, punitive, and treble damages** under CPLR and Judiciary Law.

- **Certificate of Merit** supporting the fraud and standing claims.

- Application of **FAPA** to permanently bar further action on the extinguished debt.