FIS Pay Direct

# Thank you for your payment.

## Please print this receipt and keep it for your records.

| | |
|---|---|
| Block/Lot/Qual : | 104 3 48 |
| Property Location : | 56 CENTER ST |
| Owner Name : | LAWTONE-BOWLES NICOLE |
| Payment Amount: | $725.18 |
| Service Fee: | $21.39 |
| Total Payment Amount: | $746.57 |
| Receipt Number: | 3903257046 |
| Transaction Date: | 07/30/2025 06:11 AM |
| Payment Type: | ☒ MasterCard |
| Account Number: | *0145 |

Your session will expire in _ seconds. To continue working with the site, click "Extend".