Hearing Date: 8/26/2025
Hearing Time: 9:59 am

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

Nicole Laura Alexis Lawtone-Bowles
*aka* Nicole Lawtone-Bowles,

    Debtor.
-----------------------------------------------------------X

Case No. 25-35655-kyp

Chapter 13

**RESPONSE TO MOTION TO STRIKE OBJECTION TO PLAN AND FOR DETERMINATION OF FRAUDULENT ASSIGNMENT OF MORTGAGE**

**COMES NOW,** U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE HOLDERS OF MLMI TRUST 2002-AFC1 ASSET-BACKED CERTIFICATES, SERIES 2002-AFC1 ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Debtor's Motion to Strike Objection to Plan and for Determination of Fraudulent Assignment of Mortgage ("Objection") (ECF No. 25), and in support thereof states as follows.

1. Debtor, Nicole Laura Alexis Lawtone-Bowles ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 17, 2025.

2. Secured Creditor holds a security interest in Debtor's real property located at 56 Center Street, Highland Falls, New York 10928 (the "Property"), pursuant to a duly recorded mortgage instrument that secures a pre-petition loan made to Debtor (the "Mortgage Loan").

3. The deadline set for filing proofs of claim in the Debtor's chapter 13 case is August 26, 2025 ("Claims Bar Date"). Secured Creditor is preparing a proof of claim for the Mortgage Loan and it will be filed on or before the Claims Bar Date.

4. The proof of claim to be filed for the Mortgage Loan will include the relevant endorsed loan note, mortgage instrument with evidence of recording, and assignments of mortgage.

5. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim (and, by extension, supplemental proof of claim) executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim." The presumptive effect of this Rule would apply to the Secured Creditor's proof of claim, once it is filed.

6. The Objection, which is re-mature as the proof of claim has not yet been filed, asserts deficiencies with respect to the Mortgage Loan "assignment" or "transfer" and that Secured Creditor lacks standing to assert a claim for the Mortgage Loan.

7. Based on Debtor's contentions concerning the standing point, Debtor also contends Secured Creditor cannot object to confirmation of Debtor's filed chapter 13 plan [ECF No. 10] and accordingly, the filed Objection to Confirmation of Plan [ECF No. 24] should be stricken.

8. Until such time, if ever that the Court were to disallow Secured Creditor's claim based on the Mortgage Loan and expunge a filed proof of claim for the Mortgage Loan, Secured Creditor's filed Objection to Plan Confirmation is valid and cannot be stricken.

9. Secured Creditor requests that the Court deny the Objection, without prejudice as being pre-mature. If after a proof of claim for the Mortgage Loan is filed, the Debtor may file a proper objection to such proof of claim in accordance with the requirements of Federal

Rule of Bankruptcy Procedure 3007.

10. Secured Creditor reserves the right to supplement this Response at any time before or at the hearing scheduled for August 26, 2025, or any continuation of that hearing date, and after any supplement or further objection Debtor may file, before or after Secured Creditor's proof of claim for the Mortgage Loan is filed.

**WHEREFORE,** Secured Creditor respectfully requests this Honorable Court deny the Objection, without prejudice, and sustain Secured Creditor's filed Objection to Plan Confirmation, and grant such other and further relief as the Court deems just and proper

Dated: Westbury, New York
August 19, 2025

/s/ *Kevin R. Toole*
Kevin R. Toole, Esq.
NYS Bar No. 1968221
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Telephone: 516-280-7675
Facsimile: 516-280-7674
Email: ktoole@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 19, 2025, I caused the electronic filing of the foregoing Response to Debtor's Motion to Strike Objection to Plan and for Determination of Fraudulent Assignment of Mortgage, with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Nicole Laura Alexis Lawtone-Bowles
56 Center Street
Highland Falls, NY 10928

Thomas C. Frost
Chapter 13 Standing Trustee
399 Knollwood Rd.
Suite 102
White Plains, NY 10603

United States Trustee
Office of the United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207

Dated:  Westbury, New York
           August 19, 2025

/s/   *Kevin R. Toole*_____
Kevin R. Toole, Esq.
Email: ktoole@raslg.com