UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                               Case No. 25-35655 (KYP)

NICOLE LAURA ALEXIS LAWTONE-BOWLES                   Chapter 13

         Debtor.

------------------------------------------------------------x

### ORDER DENYING WAIVER OF CREDIT COUNSELING REQUIREMENT

**WHEREAS**, on June 17, 2025, the above-captioned debtor ("Debtor") filed the *Motion for Waiver of Credit Counseling Requirement* ("Motion") (ECF Doc. # 3), seeking a waiver of the credit counseling requirement pursuant to 11 U.S.C. § 109(h)(4).

**WHEREAS**, on August 26, 2025, the Court held a hearing on the Motion ("Hearing").

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Motion is DENIED for the reasons stated at the Hearing; and it is further

**ORDERED**, that the Debtor shall file a certificate of completion of a credit counseling course by no later than September 30, 2025.



**Dated: August 27, 2025**
**Poughkeepsie, New York**

/s/ Kyu Y. Paek
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**