To become a licensed attorney in New York, three examinations are required:

- Uniform Bar Exam (UBE): A two-day examination consisting of the Multistate Essay Exam (MEE), the Multistate Bar Exam (MBE), and the Multistate Performance Test (MPT).

- New York Law Exam (NYLE): A two-hour, online, multiple-choice exam covering New York–specific law and practice. Completion of the New York Law Course (NYLC) is a prerequisite.

- Multistate Professional Responsibility Examination (MPRE): A separate examination focused on legal ethics and professional responsibility.

I am pleased to share that I have successfully passed the New York Law Exam (NYLE).



Name: NICOLE LAURA ALEXIS LAWTONE-BOWLES
BOLE ID:
NCBE ID:
How Qualified: Law Office Study
Email Address:
EXAM: FEB2026
Laptop Program: YES
Misconduct: No
Payment Method: CREDIT CARD
Amount Paid: $250.00
File Date: 10/1/2025 8:46:55 AM