**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

| | |
|---|---|
| IN RE: Nicole Laura Alexis Lawtone−Bowles<br>aka   Nicole Lawtone−Bowles | CASE NO.: 25−35655−kyp |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−1555 | CHAPTER:  13 |

---

## Notice of Adjournment of Hearing

Please take notice that the hearing on Confirmation and Objection has been adjourned for record purposes only pending Court's ruling on Debtor's objection to claim filed by U.S. Bank. Hearing date to be determined.

Dated: November 3, 2025                                      Vito Genna
                                                             Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 25-35655-kyp |
| Nicole Laura Alexis Lawtone-Bowles | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 03, 2025 | Form ID: 143 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicole Laura Alexis Lawtone-Bowles, 56 Center Street, Highland Falls, NY 10928-1800 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kevin Toole | on behalf of Creditor U.S. Bank Trust Company National Association, As Trustee, As Successor-In-Interest To U.S. Bank National Association, As Trustee, In Trust For The Holders Of MLMI Trust 2002-AFC1 Asset-Backed Certifi ktoole@raslg.com, ktoole@rasboriskin.com |
| Suzanne Youssef | on behalf of Creditor U.S. Bank Trust Company National Association, As Trustee, As Successor-In-Interest To U.S. Bank National Association, As Trustee, In Trust For The Holders Of MLMI Trust 2002-AFC1 Asset-Backed Certifi syoussef@raslg.com, syoussef@ecf.courtdrive.com |
| Suzanne Youssef | on behalf of Creditor U.S. Bank Trust Company National Association syoussef@raslg.com, syoussef@ecf.courtdrive.com |
| Thomas C. Frost | info@FrostSDNY13.com  trusteeNYSBkp@ecf.epiqsystems.com |
| United States Trustee | |

| | | |
|---|---|---|
| District/off: 0208-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 03, 2025 | Form ID: 143 | Total Noticed: 1 |

USTPRegion02.PK.ECF@USDOJ.GOV

William E Craig

on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com

TOTAL: 6