UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Nicole Laura Alexis Lawtone-Bowles, <br> *aka Nicole Lawtone-Bowles,* <br>                *Debtor* | HEARING DATE: November 17, 2025, or December 2, 2025 <br> HEARING TIME: 09:59 AM <br> LOCATION: Videoconference (KYP) <br> Case No. 25-35655-KYP <br> Chapter 13 <br> Judge: Kyu Young Paek, U.S.B.J. |

## DEBTOR'S RESPONSE TO

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

I, Nicole Laura Alexis Lawtone-Bowles, the Debtor in this case, respectfully submit this response to the Chapter 13 Trustee's Motion to Dismiss filed November 13, 2025(In re Lawtone-Bowles, No. 25-35655 (Bankr. S.D.N.Y.), ECF No. 65 (filed Nov. 13, 2025)).

### I. FACTUAL UPDATE AND CHANGED CIRCUMSTANCES

1. On November 10, 2025, after five years, ten months, and nine days, my reasonable accommodation request was finally accepted by the New York City Department of Citywide Administrative Services (DCAS) and the New York City Department of Homeless Services (DHS).

2. As documented in Form M-731, Notification of Employee Action, issued by the Office of Human Resources Solutions, Department of Social

CASE NO. 25-35655-KYPCHAPTER 13JUDGE: KYU YOUNG PAEK, U.S.B.J. - 1

Services/Human Resources Administration/Department of Homeless

Services, I have been appointed to the civil service title Clerical Associate,

Level IV (C/S Clerical Assoc 04) at an annual salary of $58,020.00,

effective November 10, 2025. (See attached Exhibit)

3.  The M-731 form directs me to report on November 10, 2025, to Supervisor

Associate Commissioner Sonya Russell, Adult Families, Veterans and

Special Services at 33 Beaver Street, New York, New York, confirming that

this is a real, ongoing position with DCAS/DHS and not a temporary

placement.

4.  This represents the successful conclusion of my long-pending reasonable

accommodation process and provides me, for the first time in many years,

with stable, full-time employment and regular income sufficient to fund a

feasible Chapter 13 plan.

**II. RESPONSE TO TRUSTEE'S GROUNDS FOR DISMISSAL**

The Trustee seeks dismissal "for cause" under 11 U.S.C. § 1307(c), citing

lack of feasibility, failure to amend the plan months, failure to file a credit-

counseling certificate, and failure to commence plan payments under 11 U.S.C. §

1326(a)(1).

1.  Feasibility and funding (11 U.S.C. § 1325(a)(6)):

The Trustee alleges that my current $100 monthly plan payment is not

adequate to pay secured claims in full and that the plan is therefore not feasible.

Now that I have secured full-time employment at $58,020 per year, I can and will increase my plan payment substantially and amend my plan to provide for full payment of allowed secured claims, consistent with 11 U.S.C. § 1325(a)(5) and (a)(6). I respectfully request a short period of time to file an amended plan reflecting my new income and to provide updated Schedules I and J.

2.  Plan months and commencement of payments (11 U.S.C. §§ 1326(a)(1), 1307(c)(1), (4)):

The Trustee notes that I did not timely amend the plan months and that I did not previously commence regular payments. I did not know I was required to begin making payments until I received the bill. When I had questions and called, I was told that the notice was for information purposes and that payment requirements were up to the judge. At that time, I was unemployed, homeless, and still awaiting resolution of my reasonable accommodation request at work, while also trying to obtain a stay of the auction during my appeal of the state court decision regarding my home. These circumstances severely limited my ability to perform under the plan. As of November 10, 2025, I now have a permanent civil service position and a fixed work schedule of Monday to Friday 9:00am to 5:00pm. I am prepared to begin

making regular plan payments immediately and to correct the plan term to

run from July 2025 through June 2030 as the Trustee requests.

3. Credit-counseling certificate was done prior to my new employment (11

U.S.C. §§ 109(h), 521(b)(1)):

My credit-counseling certificate was completed prior to my new

employment. With my increased stability and regular income, I am now able

to promptly file the certificate with the Court. I respectfully request that the

Court permit me a short period of time to cure this filing defect rather than

dismissing the case at this critical moment, now that I finally have the

income necessary to make Chapter 13 succeed (See In re Lawtone-Bowles,

No. 25-35655 (Bankr. S.D.N.Y.), ECF No. 40 (filed Aug. 29, 2025)).

### III. LEGAL BASIS FOR DENYING OR

### CONTINUING THE MOTION TO DISMISS

Under 11 U.S.C. § 1307(c), the Court "may" dismiss or convert a Chapter 13

case for cause, including unreasonable delay or failure to commence payments, but

dismissal is discretionary and must be based on what is "in the best interests of

creditors and the estate."

Courts have recognized that new, stable income and a realistic ability to fund

a plan are relevant changed circumstances that can justify denying immediate

dismissal and allowing a debtor time to propose a feasible amended plan,

particularly where the debtor is acting in good faith and creditors are not materially

prejudiced. See, e.g., *In re McDonald*, 213 F.3d 638, 640–41 (7th Cir. 2000)

(discussing dismissal for failure to commence payments under § 1307(c)(4) but

recognizing court's discretion and need to consider circumstances); *No v. Gorman*,

891 F.3d 138, 142–43 (4th Cir. 2018) (same).

Here, dismissal now would not benefit creditors. With my new salary

documented by DCAS/DHS, I can fund a meaningful plan and pay more to

creditors than they would receive in any liquidation or in a dismissed case, where

secured creditors would proceed piecemeal and unsecured creditors likely would

receive nothing.

## IV. REQUEST FOR RELIEF

For the reasons above, I respectfully request that the Court:

1. Deny the Trustee's motion to dismiss at this time, or in the

    alternative continue the motion to allow me a short deadline to:

    a. filed proof of completion of credit counseling (See In re Lawtone-Bowles,

    No. 25-35655 (Bankr. S.D.N.Y.), ECF No. 40 (filed Aug. 29, 2025)).;

    b. file amended Schedules I and J reflecting my new income and expenses;

    and

    c. file an amended Chapter 13 plan that increases my monthly payment and

    fully provides for allowed secured claims.

2. Permit me to begin making plan payments immediately based on my new salary, with the exact amount to be fixed in the amended plan after consultation with the Trustee.

3. Grant such other and further relief as the Court deems just and proper.

Dated: November 17, 2025

Highland Falls, New York

/s/ Nicole Laura Alexis Lawtone-Bowles

Nicole Laura Alexis Lawtone-Bowles

Debtor, pro se

DSS-45

**NOTIFICATION OF EMPLOYEE ACTION**

Department of Social Services
Department of Homeless Services
Human Resources Solutions

| | |
|---|---|
| TO: Galina Mehova<br>*(Name)* | Nicole Lawtone-Bowles<br>*(Name of Employee)* ▓▓▓▓ *(Employee ID Number)* |
| Human Resource Business Partner<br>*(Title)* | 4/8/2025<br>*(Effective Date)* Motor Vehicle Operator<br>*(Title and Level)* |
| Human Resource Business Partner<br>*(RA/RC)* | *Current*<br>*(Salary)* XXXX<br>*(CS List Number)* |
| 150 Greenwich St., NY,NY 10007<br>*(Address)* | |

**TYPE OF ACTION**

☐ Demotion ☐ Reinstatement ☐ Suspension ☐ AWOL

Other

**PERFORMANCE EVALUATION / PROBATION PERIOD**

Performance evaluation reports must be completed and submitted to the Office of Personnel Services in accordance with N.Y.C.
Department of Citywide Administrative Services (DCAS) rules and regulations. Probationary periods should follow the guidelines
outlined in DCAS's Personnel Services Bulletin (PSB) 200-6R.

**RETURN FROM LEAVE OF ABSENCE**

Distribution Code _____

Work Location _____

The above named employee is returning from Leave of absence (type indicated) and has been assigned/reassigned to your location.

TYPE OF LEAVE

☑ AWOL
The period from 1/8/2020 _____ through 4/7/2025 _____ was without pay.

☐ Suspension
The period from _____ through _____ was without pay.

STATUS OF LEAVE: ☐ Unauthorized (reason) _____

| ☐ **INVOLUNTARY DEMOTION** | ☐ **INVOLUNTARY LEVEL REDUCTION** |
|---|---|

Employee's title is changed from Provisional/Civil Service title of _____ level _____ at a salary rate of _____
to Civil Service / Provisional title of _____ level _____ at a salary rate of _____ per annum. Employee is
to be assigned to position in which duties and responsibilities are appropriate to his/her new title.

**REINSTATEMENT**

The above named employee, who reisgned/ was terminated on _____ , has been reinstated effective _____

COMMENTS

Staff member is returning from an AWOL (Absent without official authorization)..

Staff member reporting to Supervisor Jose Tirado PATH 151 East 151 Street, Bronx, New York.

Schedule: Tuesday-Saturday 9am-5:30pm.

Evelyn Cordero-Quinones _____ 4/8/2025
Human Resources Representative                         Date
Office of Disciplinary Affairs

Pension Plan

**NEW EMPLOYEES ARE NOT AUTOMATICALLY ENROLLED IN THE
PENSION PLAN.**

They must APPLY for membership by obtaining and submitting the application
for the Pension plan through Office of Human Capital Management /
Employee Benefit Unit. They can be reached by calling (929) 221-5528 or 5527.

**ALL EMPLOYEES WITH PERMANENT CIVIL SERVICE STATUS ARE
REQUIRED TO JOIN THE PENSION PLAN.**

HEALTH INSURANCE COVERAGE

Health Insurance coverage is no longer administrated by the Human Resources
Administration. Health Insurance Coverage is administered by the New York
City Automated Personnel System (NYCAPS). An application will be mailed
to you within 2 weeks. It is your responsibility to complete the application and
return to NYCAPS. If you have any questions, please contact NYCAPS
directly at (212) 487-0500.

## Additional Information Required – Nicole Lawtone-Bowles - Civil Service Title Change 6.1.9 – Clerical Associate 4

From: Cai, Jenny (caij@dss.nyc.gov)

To:    nicolelawtone@aol.com

Cc:    jacksondeni@dss.nyc.gov; mitchellca@dss.nyc.gov

Date:  Friday, August 29, 2025, 04:49 PM EDT

Good Day Nicole Lawstone-Bowles,

You have a scheduled in-person Processing Appointment on <mark>09/03/2025</mark> at <mark>9:30am</mark> with <mark>Jenny Cai.</mark>

**You must complete the attached forms prior to the in-person processing interview:**
1. Long Processing Forms- I will be the witness
2. Notice of Probationary Period and Circumstances for Extension of the Probationary Period_DSS-46 (E)
3. UPD-(answer with "Y" or "N")
4. Education and Experience Test
5. DP -72

<mark>**Please confirm receipt of this email**</mark>

Regards,

**Ms. Jenny Cai** | Employment Processing Representative
Pronouns: She, Her, Hers
OFFICE OF HUMAN RESOURCES SOLUTIONS/ ONBOARDING

150 Greenwich Street, 32nd Floor – New York, NY 10007
Tel. 929-221-6151  Fax 212-437-2641
caij@dss.nyc.gov | **NYC.gov/dss**
Hybrid: Monday & Friday



*Together We Make a Difference for New Yorkers*

CONFIDENTIALITY NOTICE:
If you have received this electronic transmission in error, delete it without copying or forwarding it and notify

AOL Mail - Additional Information Required - Nicole Lawtone Bowles - Civil Service Title Change Error - Associate Quarantor Document

25-35655-kyb   Doc 707-1   Filed 11/06/25   Entered 11/17/25 10:55:24   Main Document

Pg 9 of 21

10/22/25, 1:56 AM

the sender of the error.

 Long Processing Forms- UPD-B.pdf
4 MB

 Notice of Probationary Period and Circumstances for Extension of the Probationary Period_DSS-46 (E).pdf
253.9 kB

 UPD-A.pdf
298.8 kB

 Education and Experience.pdf
216.8 kB

 DP-72.pdf
135.6 kB

THE NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES
HUMAN CAPITAL
1 CENTRE STREET, 21ST FLOOR, NEW YORK, NY 10007

Effective Date:

### REQUEST FOR TRANSFER OR REDEPLOYMENT AND/OR CHANGE OF TITLE

Request is hereby made for a certificate of   X TRANSFER OR   X REDEPLOYMENT   AND/OR   X CHANGE OF TITLE

Name of Employee Nicole Lawtone-Bowles                     Employee ID ▨

| PRESENT STATUS | PROPOSED STATUS |
|---|---|
| | |
| **AGENCY** Department of Homeless Services | **AGENCY** Department of Homeless Services |
| | |
| **TITLE & LEVEL** Motor Vehicle Operator | **TITLE & LEVEL** Clerical Associate IV |
| | |
| **TITLE CODE # 91212      SALARY $58,020** | **TITLE CODE # 10251      SALARY $68,645.00** |
| | |
| Signature of Agency Head or Designee          Date | Signature of Agency Head or Designee          Date |

I have read and understand the terms and conditions as set forth on the reverse side of this form and all rules and regulations governing transfer, redeployment and/or change of title. *If this action is payrolled in the City's Payroll Management System (PMS), I authorize the payroll deduction of the required Personnel processing fee.*

I hereby consent to this   X TRANSFER OR          REDEPLOYMENT   AND/OR   X CHANGE OF TITLE

Signature of Employee                                    August          29,          2025
                                                        Date

**THE SPACE BELOW IS FOR USE BY HUMAN CAPITAL**

Preferred List In Existence?        Promotion List in Existence?     Permanent Employee (completed probation in present title)?
☐ Yes   ☐ No              ☐ Yes   ☐ No          ☐ Yes   ☐ No          ☐ Promotion rights reviewed.

Rule: _____   Subject to: _____

Reason: _____

Personnel Audits and Transactions Authorized Signature                          Date

---

### RECOMMENDATION TO ORDER A RULE 6.1.9 EXAMINATION          Exam No. _____

Is maximum salary of present title/level equal to or greater than minimum salary
   of proposed title/level?                                              ☐ ▨es   ☐ No

Is proposed title in a direct promotional line from present title?          ☐ Yes   ☐ No

Is candidate transferring to or from the management class?                 ☐ Yes   ☐ No

Does candidate meet the minimum qualification requirements for requested position?   ☐ Yes   ☐ No

Bureau of Examinations Authorized Signature                                Date

☐ APPROVED   ☐ DISAPPROVED _____

                        Deputy Commissioner of Human Capital                        Date

DP-72 (R. 5/14)                    READ TERMS AND CONDITIONS ON THE OTHER SIDE



a127-ess.nyc.gov

**NYC**
Citywide Administrative Services

Employment History

Membership Number: J                                    Social Security Number: xxx-xx-

The following is a full record of the salaries and dates of employment of
NICOLE LAWTONE-BOWLES, while employed in the   DEPARTMENT OF SANITATION
DEPT. OF HOMELESS SERVICES

| From | To | Title | Lvl | Pyrl | Years | Months | Days |
|------|-----|-------|-----|------|-------|--------|------|
| 02/05/2012 | 06/21/2012 | SANITATION ENFORCEMENT AGENT | 01 | 827 | 0 | 4 | 17 |
| 08/18/2013 | 09/03/2025 | MOTOR VEHICLE OPERATOR | | 071 | 12 | 0 | 17 |

| | Total Compensation | LWOP Days |
|------|------|------|
| 2014 | $35,988.98 | 46.2 |
| 2015 | $23,943.43 | 0.0 |
| 2016 | $46,920.31 | 0.0 |
| 2017 | $66,562.40 | 18.2 |
| 2018 | $38,885.61 | 17.0 |
| 2019 | $52,372.71 | 9.0 |
| 2020 | $3,819.56 | 6.0 |
| 2021 | $8,622.43 | 0.0 |
| 2025 | $0.00 | 0.0 |

| 827 | SUSPENDED | 06/08/2012 | - | 06/21/2012 |
|-----|-----------|-----------|---|-----------|
| 071 | APPROVED LWOP DUE TO ILLNESS | 11/26/2014 | - | 04/28/2015 |
| 071 | OTHER LEAVE WITHOUT PAY | 04/29/2015 | - | 06/01/2015 |
| 071 | APPROVED LWOP DUE TO ILLNESS | 01/19/2018 | - | 03/20/2018 |
| 071 | SUSPENDED | 02/12/2019 | - | 02/25/2019 |
| 071 | SUSPENDED | 10/13/2019 | - | 10/17/2019 |
| 071 | OTHER LEAVE WITHOUT PAY | 01/12/2020 | - | 12/31/9999 |

071 Salary as of 08/18/2013 = $34,371.00 /year
09/03/2013 = $34,715.00 /year
08/19/2014 = $35,890.00 /year
09/03/2014 = $36,428.00 /year
08/19/2015 = $43,270.00 /year
09/03/2015 = $44,352.00 /year
08/19/2016 = $45,122.00 /year
09/03/2016 = $46,476.00 /year
09/26/2017 = $47,406.00 /year
09/26/2018 = $48,473.00 /year
10/26/2019 = $49,927.00 /year
05/26/2021 = $51,425.00 /year
05/26/2022 = $52,968.00 /year
05/26/2023 = $54,557.00 /year
05/26/2024 = $56,194.00 /year
05/26/2025 = $58,020.00 /year
827 Salary as of 02/05/2012 = $29,510.00 /year

_____
Signature of Official

_____
Title and Telephone Number

_____
Agency

_____
Date

City of New York CHRMS Form VE03 completed on 09/03/2025

# Employment History

| Membership Number: J | Social Security Number: xxx-xx-■ |
|---|---|

The following is a full record of the salaries and dates of employment of
NICOLE  LAWTONE-BOWLES, while employed in the    DEPARTMENT OF SANITATION
DEPT. OF HOMELESS SERVICES

| From | To | Title | Lvl | Pyrl | Years | Months | Days |
|---|---|---|---|---|---|---|---|
| 02/05/2012 | 06/21/2012 | SANITATION ENFORCEMENT AGENT | 01 | 827 | 0 | 4 | 17 |
| 08/18/2013 | 10/22/2025 | MOTOR VEHICLE OPERATOR | | 071 | 12 | 2 | 5 |

| | Total Compensation | LWOP Days |
|---|---|---|
| 2014 | $35,988.98 | 46.2 |
| 2015 | $23,943.43 | 0.0 |
| 2016 | $46,920.31 | 0.0 |
| 2017 | $66,562.40 | 18.2 |
| 2018 | $38,885.61 | 17.0 |
| 2019 | $52,372.71 | 9.0 |
| 2020 | $3,819.56 | 6.0 |
| 2021 | $8,622.43 | 0.0 |
| 2025 | $0.00 | 0.0 |

| 827 | SUSPENDED | 06/08/2012 | – | 06/21/2012 |
|---|---|---|---|---|
| 071 | APPROVED LWOP DUE TO ILLNESS | 11/26/2014 | – | 04/28/2015 |
| 071 | OTHER LEAVE WITHOUT PAY | 04/29/2017 | – | 06/01/2018 |
| 071 | APPROVED LWOP DUE TO ILLNESS | 01/19/2018 | – | 03/20/2018 |
| 071 | SUSPENDED | 02/12/2019 | – | 02/25/2019 |
| 071 | SUSPENDED | 10/13/2019 | – | 10/17/2019 |
| 071 | OTHER LEAVE WITHOUT PAY | 01/12/2020 | – | 12/31/9999 |

071 Salary as of 08/18/2013 = $34,371.00 /year
09/03/2013 = $34,715.00 /year
08/19/2014 = $35,890.00 /year
09/03/2014 = $36,428.00 /year
08/19/2015 = $43,270.00 /year
09/03/2015 = $44,352.00 /year
08/19/2016 = $45,122.00 /year
09/03/2016 = $46,476.00 /year
09/26/2017 = $47,406.00 /year
09/26/2018 = $48,473.00 /year
10/26/2019 = $49,927.00 /year
05/26/2021 = $51,425.00 /year
05/26/2022 = $52,968.00 /year
05/26/2023 = $54,557.00 /year
05/26/2024 = $56,194.00 /year
05/26/2025 = $58,020.00 /year
827 Salary as of 02/05/2012 = $29,510.00 /year

_____
*Signature of Official*

_____
*Title and Telephone Number*

_____
*Agency*

_____
*Date*

Form M -731
Revised 11/21

25-3565 sky b25 Doc 037 62 Filed 11/16/25 Entered 11/17/25 00 25:24 Main Document
Pg 13 of 21

Human Resources Administration
Department of Homeless Services

*Office of Human Resources Solutions*

# NOTIFICATION OF EMPLOYEE ACTION

| | | |
|---|---|---|
| **IRIS J RODRIGUEZ** | **NICOLE LAWTONE-BOWLES** | **XXX** |
| NAME | Employee Name | Employee ID Number |
| **DEPUTY COMMISSIONER OF ADULT SERVICES** | **C/S CLERICAL ASSOC 04** | **11/10/2025** |
| TITLE | Title and Level | Effective Date |
| **ADULT SERVICES** | **$58,020.00** | |
| RA/RC | Salary | Civil Service List Number |
| **33 BEAVER STREET, 16TH FLOOR** | | |
| **NEW YORK, NY 10004** | | |
| ADDRESS | | |

## TYPE OF ACTION

☐ New Hire
☐ Promotion
☐ Title Change
☐ Reinstatement
☐ Assignment to Higher Level

☐ Voluntary Demotion
☐ Voluntary Level Reduction
☐ Transfer In (From Other City Agency)
☐ Return from Leave
☑ Other   6.1.9 Comp Title Change

## CERTIFIED BILINGUAL

Employee has passed the proficiency exam for the following languages:

**N/A**

## PERFORMANCE EVALUATION/PROBATION PERIOD

Performance evaluation reports must be completed and submitted to the Office of Human Resources Solutions in accordance with NYC Department of Citywide Administrative Services (DCAS) Rules and Regulations. Probationary periods should follow the guidelines outlined in DCAS's Personnel Service Bulletin (PSB) 200-6R.

## RETURN FROM LEAVE OF ABSENCE

Distribution Code   _____

Work Location   _____

The above named employee is returning from Leave of Absence   *(type indicated)*   and has been assigned/reassigned to your location.

## TYPE OF LEAVE

☐ Medical   ☐ Military   ☐ Workmen's Compensation   ☐ To another City Agency   ☐ FMLA   ☐ Confinement & Child Care
☐ Other _____

☐ The period from _____ through _____ was with pay.
☐ The period from _____ through _____ was without pay.

**STATUS OF LEAVE**   ☐ Authorized   ☐ Authorization Pending   ☐ Unauthorized (reason) _____

The employee's physician has authorized the employee's return to full duty. Employee has submitted sufficient documentation to authorize return to full duty.

☐ **VOLUNTARY RETURN TO CIVIL SERVICE TITLE**   ☐ **VOLUNTARY LEVEL REDUCTION**
☐ **INVOLUNTARY DEMOTION**   ☐ **INVOLUNTARY LEVEL REDUCTION**

Employee's title is changed from Provisional /Civil Service title of _____ level _____ at a salary rate of $ _____

to Civil Service/Provisional title of_____ level _____ at a salary rate of $ _____ per annum. Employee is to be

assigned to position in which duties and responsibilities are appropriate to his/her new title.

## TRANSFER IN FROM ANOTHER CITY AGENCY

Employee has been transferred into Department of Social Services-Human Resources Administration-Department of Homeless Services (DSS-HRA-DHS) from_____

## REINSTATEMENT

The above named employee, who resigned/was terminated on _____, has been reinstated effective _____

## COMMENTS

**REPORT ON 11/10/2025 TO SONYA RUSSELL; 33 BEAVER ST, 15TH FL, NEW YORK 10004; 9AM ; 212 607-6207**

**HRBP: GALINA MEKHOVA; ADDRESS: 150 GREENWICH ST 32ND FL., NEW YORK 10007; 929 221-5562**

| | |
|---|---|
| ☑ **Jenny Cai/MA** | **11/5/2025** |
| Human Resources Representative<br>Recruitment and Onboarding Unit | Date |
| ☐ _____ | _____ |
| RA/RC Human Resources Business Partners | Date |

PENSION PLAN

**NEW EMPLOYEES ARE NOT AUTOMATICALLY ENROLLED IN THE PENSION PLAN.**

They must **APPLY** for membership by obtaining and submitting the application for the Pension Plan through Office of Human Resources Solutions/Employee Benefits Unit. They can be reached by calling (929) 221-5528 or (929) 221-5527.

**ALL EMPLOYEES WITH PERMANENT CIVIL SERVICE STATUS ARE REQUIRED TO JOIN THE PENSION PLAN.**

HEALTH INSURANCE COVERAGE

Health Insurance coverage is **no longer** administered by the DSS-HRA-DHS. Health Insurance coverage is administered by the New York City Automated Personnel System (NYCAPS). An application will be mailed to you within 2 weeks. It is your responsibility to complete the application and return to NYCAPS. If you have any questions., please contact NYCAPS directly at (212) 487-0500.

THE NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES
HUMAN CAPITAL
1 CENTRE STREET, 21ST FLOOR, NEW YORK, NY 10007

Effective Date:

### REQUEST FOR TRANSFER OR REDEPLOYMENT AND/OR CHANGE OF TITLE

Request is hereby made for a certificate of    X TRANSFER OR    X REDEPLOYMENT   AND/OR    X CHANGE OF TITLE

Name of Employee Nicole Lawtone-Bowles          Employee ID ▓▓▓▓

| PRESENT STATUS | PROPOSED STATUS |
|---|---|
| AGENCY Department of Homeless Services | AGENCY Department of Homeless Services |
| TITLE & LEVEL Motor Vehicle Operator | TITLE & LEVEL Clerical Associate IV |
| TITLE CODE # 91212          SALARY $58,020 | TITLE CODE # 10251          SALARY $68,645.00 |
| Signature of Agency Head or Designee          Date | Signature of Agency Head or Designee          Date |

I have read and understand the terms and conditions as set forth on the reverse side of this form and all rules and regulations governing transfer,
redeployment and/or change of title.  If this action is payrolled in the City's Payroll Management System (PMS), I authorize the payroll deduction of the required
Personnel processing fee.

I hereby consent to this    X TRANSFER OR    REDEPLOYMENT    AND/OR   X CHANGE OF TITLE

Signature of Employee                                          August        29,        2025
                                                             Date

#### THE SPACE BELOW IS FOR USE BY HUMAN CAPITAL

| Preferred List In Existence? | Promotion List In Existence? | Permanent Employee (completed probation in present title)? |
|---|---|---|
| ☐ Yes   ☐ No | ☐ Yes   ☐ No | ☐ Yes   ☐ No          ☐ Promotion rights reviewed. |

Rule: _____    Subject to: _____

Reason: _____

Personnel Audits and Transactions Authorized Signature                              Date

---

#### RECOMMENDATION TO ORDER A RULE 6.1.9 EXAMINATION          Exam No. _____

| | |
|---|---|
| Is maximum salary of present title/level equal to or greater than minimum salary of proposed title/level? | ☐ Yes   ☐ No |
| Is proposed title in a direct promotional line from present title? | ☐ Yes   ☐ No |
| Is candidate transferring to or from the management class? | ☐ Yes   ☐ No |
| Does candidate meet the minimum qualification requirements for requested position? | ☐ Yes   ☐ No |

Bureau of Examinations Authorized Signature                              Date

☐ APPROVED   ☐ DISAPPROVED _____

Deputy Commissioner of Human Capital                              Date

DP-72 (R. 5/14)                READ TERMS AND CONDITIONS ON THE OTHER SIDE

☆    **Explore nyc.gov**

🔲

Search open jobs 🔍

# Clerical Associate IV

**DEPT. OF HOMELESS SERVICES**
**Posted On:** 12/71/2023
**Full-Time**
**Location:** MANHATTAN
**Exam May Be Required**
**Department:** Family Services
**Salary Range:** $43,728.00 – $68,645.00

# Job Description

# This vacancy has now expired.

APPLICANTS MUST BE PERMANENT IN THE CLERICAL ASSOCIATE CIVIL SERVICE TITLE OR IF YOU ARE HIRED PROVISIONALLY IN THE ACLERICAL ASSOCIATE TITLE, YOU MUST TAKE AND PASS THE CIVIL SERVICE EXAM WHEN IT BECOMES AVAILABLE TO BE ELIGIBLE FOR CONTINUED EMPLOYMENT.

Salary Range: $43,728 - $50,287

The Division of Shelter Intake is responsible for the oversight of the day-to-day operations of the agency's Single Adult, Adult Families and Families with Children's intake and assessment sites, both directly run and contracted providers. This Division is responsible for ensuring that the City's most vulnerable population can access shelter, per eligibility criteria, 24 hours a day, 7 days a week, 365 days a year. The location will be at the Path Family Intake Center within the Family Services Division. The Division of Family Services provides temporary, emergency shelter to homeless families with children younger than 18 years of age and pregnant women and operates and maintains over 170 shelters for families with children throughout the five boroughs. The shelters are operated by over 50 providers, most of whom are non-profit social services agencies contracted to provide services.

The Department of Homeless Services (DHS) is recruiting for one (1) Clerical Associate Level IV who will:

- Perform responsible clerical work in various administrative and operational areas. The incumbents will batch data documents on a daily/monthly basis by scanning/ sorting/ coding/grouping to prepare materials for fund's disbursement.

- Be responsible for the distribution of MetroCard's, emergency meal allowances, funds for necessary identification, issued checks, sub-imp rest and other emergency financial needs necessary to facilitate timely returns to the community. Also, ensure compliance with appropriate guidelines.

- Prepare and accurately generate weekly/monthly tracking of ledgers, distributions, and related reporting requirement. Execute special projects and assist with the preparation of weekly staff time for payroll purposes and other tasks identified by manager and supervisor.

- Provide administrative support to the Assistant Commissioner/PATH Director/Manager and/or Supervisor. Compiles and maintains daily/ weekly/monthly statistical status reports and meets regularly with the Program Director/Manager to discuss issues related to the Funds Disbursement Unit. S/he will provide feedback/corrective action within prescribed deadlines. Upon request, the selected candidates will assist with the preparation of weekly staff time and leave for timekeeping and payroll purposes.

- Handle other duties, as assigned by the Director of Family Intake.

Work Location: 151 East 151st Street, Bronx, New York 10451.
Hours/Schedule: Tuesday-Saturday: 4:00 pm - 12:00 am

# Minimum Qualifications

Qualification Requirements
A four-year high school diploma or its educational equivalent approved by a State's department of education or a recognized accrediting organization and one year of satisfactory clerical experience.
Skills Requirement
Keyboard familiarity with the ability to type at a minimum of 100 key strokes (20 words) per minute.

# Preferred Skills

- These are critical administrative positions requiring strict attention to detail and the ability to handle multiple tasks in a fast-paced social environment. - Computer skills in the following applications are preferred: MS Word, MS Excel, and MS Access.

# 55a Program

This position is also open to qualified persons with a disability who are eligible for the 55-a Program. Please indicate at the top of your resume and cover letter that you would like to be considered for the position through the 55-a Program.

# Public Service Loan Forgiveness

As a prospective employee of the City of New York, you may be eligible for federal loan forgiveness programs and state repayment assistance programs. For more information, please visit the U.S. Department of Education's website at https://studentaid.gov/pslf/.

# Residency Requirement

New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

# Additional Information

The City of New York is an inclusive equal opportunity employer committed to recruiting and retaining a diverse workforce and providing a work environment that is free from discrimination and harassment based upon any legally protected status or protected characteristic, including but not limited to an individual's sex, race, color, ethnicity, national origin, age, religion, disability, sexual orientation, veteran status, gender identity, or pregnancy.

**Job ID:** 607483
**Title code:** 10251
**Civil service title:** CLERICAL ASSOCIATE
**Title classification:** Competitive-1
**Business title:** Clerical Associate IV
**Experience Level:** Experienced (Non-Manager)
**Job level:** 04
**Number of positions:** 1
**Work location:** 151 East 151st Street
**Category:** Social Services

KEYWORD

Privacy Policy    Terms of Use    Feedback

Search open jobs 🔍

**NYC**

© City of New York. 2023 All Rights Reserved,
NYC is a trademark and service mark of the City of New York.

Clerical Associate IV

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TF-0014/MP
December 2, 2025
10:00 AM

────────────────────────────────x

IN RE:

Case No. 25-35655-KYP

NICOLE LAURA ALEXIS LAWTONE-
BOWLE,
Nicole Lawtone-Bowles

Hon. KYU YOUNG PAEK

**NOTICE OF MOTION**

                              Debtor.

────────────────────────────────x

　　　　　PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Kyu Young Paek, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 2nd day of December, 2025 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

　　　　　**PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.　No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

　　　　　Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.　Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:　White Plains, New York
　　　　November 13, 2025

　　　　　　　　　　　　　　　　　　　　/s/ *Thomas C. Frost*
　　　　　　　　　　　　　　　　　　　　THOMAS C. FROST, CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　399 KNOLLWOOD ROAD, STE 102
　　　　　　　　　　　　　　　　　　　　WHITE PLAINS, NY 10603
　　　　　　　　　　　　　　　　　　　　(914)328-6333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

IN RE:

NICOLE LAURA ALEXIS LAWTONE-
BOWLE,
Nicole Lawtone-Bowles


                            Debtor.
————————————————————————x

TF-0014/MP
December 2, 2025
10:00 AM

Case No: 25-35655-KYP

Hon. KYU YOUNG PAEK


**APPLICATION**

TO THE HONORABLE KYU YOUNG PAEK, U.S. BANKRUPTCY JUDGE:

THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1.  The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on June 17, 2025 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2.  As of the date of this Motion, the Debtor is within the 6th month of a 60 month plan, and the monthly Plan payment is currently $100.00.

3.  The Debtor's proposed Chapter 13 plan is not feasible as it is not adequately funded to provide for full repayment to the secured claims as required by 11 U.S.C. §1325(a)(5). The Trustee is aware of pending litigation between creditors and the Debtor.

4.  The Debtor has failed to:

    a.  file a Credit Counseling Certificate as required by 11 U.S.C. §521(b)(1); the Court had previously denied the Debtor's motion seeking a waiver of said certificate.

    b.  has failed to amend the plan to correct the plan months listed; the plan payments should commence in July 2025 and end in June 2030.

    c.  commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1).

5.  The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

6.  The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
       November 13, 2025

                                        /s/ Thomas C. Frost
                                        Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x          Case No: 25-35655-KYP
IN RE:

  NICOLE LAURA ALEXIS LAWTONE-BOWLE,
  Nicole Lawtone-Bowles

                                                           **CERTIFICATE OF SERVICE**
                                                           **BY MAIL**


                           Debtor.
------------------------------------------------x

            This is to certify that I, Nancy Alexander, have this day served a true, accurate and
correct copy of the within Notice of Motion and Application by depositing a true copy thereof
enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of
the U.S. Postal Service within New York State, addressed to each of the following persons at the
last known address set forth after each name:

NICOLE LAURA ALEXIS LAWTONE-BOWLE
56 CENTER STREET
HIGHLAND FALLS, NY 10928

WILLIAM E CRAIG, ESQ.
EISENBERG GOLD AND AGRAWAL, P.C.
1040 KINGS HWY N #200
CHERRY HILL, NJ 08034

SUZANNE YOUSSEF, ESQ.
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
900 MERCHANTS CONCOURSE
SUITE 310
WESTBURY, NY 11590

KEVIN TOOLE, ESQ.
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
900 MERCHANTS CONCOURSE
SUITE 310
WESTBURY, NY 11590

This November 13, 2025

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO:  25-35655-KYP
Hon. KYU YOUNG PAEK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------------------------------
IN RE:

NICOLE LAURA ALEXIS LAWTONE-BOWLE,
Nicole Lawtone-Bowles

                  Debtor.


**NOTICE OF MOTION, APPLICATION**
**and**
**CERTIFICATE OF SERVICE**


**THOMAS C. FROST**
**STANDING CHAPTER 13 TRUSTEE**
**399 KNOLLWOOD ROAD, SUITE 102**
**WHITE PLAINS, NEW YORK 10603**
**(914) 328-6333**