UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Nicole Laura Alexis Lawtone-Bowles,

*aka Nicole Lawtone-Bowles,*
                                        *Debtor*

HEARING DATE: December 2, 2025
HEARING TIME: 09:59 AM
LOCATION: Videoconference (KYP)
Case No. 25-35655-KYP
Chapter 13
Judge: Kyu Young Paek, U.S.B.J.

## MOTION TO REIMPOSE THE AUTOMATIC STAY

Debtor Nicole Laura Alexis Lawtone-Bowles, appearing pro se, respectfully moves

this Court for an order reimposing the automatic stay pursuant to 11 U.S.C. §

105(a) and states as follows:

### I. INTRODUCTION

On November 24, 2025, the Court granted GM Financials Motion for Relief from

the Automatic Stay based on a finding that the Debtor was past due under the

Finance Agreement in the amount of $3,831.70. Since that ruling, the Debtor has

paid the arrears in full. The grounds upon which the stay was lifted no longer exist.

Reimposition of the stay is warranted to permit the Debtor to continue her Chapter

13 case and maintain employment, which is essential to funding her plan.

### II. JURISDICTION AND STATUTORY AUTHORITY

The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334.

This motion is brought under 11 U.S.C. § 105(a), which authorizes the Court to

"issue any order… necessary or appropriate to carry out the provisions of this

title." Federal courts routinely use § 105(a) to reimpose the stay when the circumstances that supported stay relief have been cured.

### III. STATEMENT OF FACTS

1. On November 24, 2025, the Court granted relief from the automatic stay on the basis that the Debtor was past due in the amount of $3,831.70.

2. On November 26, 2025, the Debtor paid $3,831.70 to GM Financial. The payment confirmation is attached as Exhibit A.

3. The most recent GM Financial statement available to the Debtor prior to the Court's decision was the June 5, 2025, statement, which reflected a total amount due of $1,626.34. A true and correct copy of that statement is attached as Exhibit B.

4. The Debtor acted immediately once the Court clarified the arrears amount and obtained an emergency pension loan to pay the arrears.

5. The Debtor requires the vehicle to commute to work at the New York City Department of Homeless Services and to maintain her Chapter 13 plan payments.

6. With the arrears cured, the basis for the stay relief no longer exists.

### IV. ARGUMENT

Reimposition of the stay is appropriate where the underlying cause for stay relief has been eliminated and continuation of stay relief would jeopardize the debtor's

ability to reorganize. The Debtor has fully cured the arrears, demonstrated good-faith compliance, and shown that the vehicle is essential to her employment and ability to fund the plan.

## V. CONCLUSION

For the reasons stated above, the Debtor respectfully requests that this Court:

1. Reimpose the automatic stay as to GM Financial;

2. Direct GM Financial to refrain from repossession provided the Debtor remains current going forward; and

3. Grant such other relief as the Court deems proper.

Dated this 25th day of November 2025
Highland Falls, New York

Respectfully submitted,
/s/ Nicole Lawtone-Bowles, ProSe
Nicole Lawtone-Bowles, ProSe
56 Center Street
Highland Falls, NY 10928
(347) 538-5386 | (845) 839-0220
NicoleLawtone@aol.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Nicole Laura Alexis Lawtone-Bowles, <br><br> *aka Nicole Lawtone-Bowles,* <br> *Debtor* | HEARING DATE: December 2, 2025 <br> HEARING TIME: 09:59 AM <br> LOCATION: Videoconference (KYP) <br> Case No. 25-35655-KYP <br> Chapter 13 <br> Judge: Kyu Young Paek, U.S.B.J. |

### DECLARATION OF NICOLE LAURA ALEXIS LAWTONE-BOWLES UNDER 28 U.S.C. § 1746

I, Nicole Laura Alexis Lawtone-Bowles, declare:

1. I am the Debtor in this case.
2. On November 26, 2025, I paid $3,831.70 to GM Financial, which is the full arrears amount identified by the Court in its November 24, 2025, Order. A true copy of the payment confirmation is attached as Exhibit A.
3. Prior to the Court's ruling, the most recent GM Financial billing statement available to me was the June 5, 2025, statement reflecting a total amount due of $1,626.34. A true copy is attached as Exhibit B.
4. Once the Court clarified the arrears, I immediately obtained an emergency pension loan and paid the amount in full.
5. I require the vehicle to commute to my full-time employment and to continue funding my Chapter 13 plan.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of November 2025
Highland Falls, New York

Respectfully submitted,
/s/ Nicole Lawtone-Bowles, ProSe
Nicole Lawtone-Bowles, ProSe
56 Center Street
Highland Falls, NY 10928
(347) 538-5386 | (845) 839-0220
NicoleLawtone@aol.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Nicole Laura Alexis Lawtone-
Bowles,
*aka Nicole Lawtone-Bowles,*
                          *Debtor*

HEARING DATE: December 2, 2025
HEARING TIME: 09:59 AM
LOCATION: Videoconference (KYP)
Case No. 25-35655-KYP
Chapter 13
Judge: Kyu Young Paek, U.S.B.J.

## DEBTOR'S REQUEST FOR EMERGENCY HEARING
## ON MOTION TO REIMPOSE THE AUTOMATIC STAY

Debtor respectfully requests an emergency hearing on December 2, 2025, or as soon as the Court is available, for consideration of her Motion to Reimpose the Automatic Stay.

### Basis for Emergency Relief

1. The Debtor has now paid the full arrears amount ($3,831.70) identified in the Court's Order.
2. The vehicle is essential for the Debtor's employment and her ability to maintain Chapter 13 plan payments.
3. Immediate relief is necessary to prevent repossession before the Court can rule on the Motion to Reimpose the Stay.

Dated this 25th day of November 2025
Highland Falls, New York

Respectfully submitted,
/s/ Nicole Lawtone-Bowles, ProSe
Nicole Lawtone-Bowles, ProSe
56 Center Street
Highland Falls, NY 10928
(347) 538-5386 | (845) 839-0220
NicoleLawtone@aol.com

CASE NO. 25-35655-KYPCHAPTER 13JUDGE: KYU YOUNG PAEK, U.S.B.J. - 5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Nicole Laura Alexis Lawtone-Bowles, <br> *aka Nicole Lawtone-Bowles,* <br><div align=right>*Debtor*</div> | HEARING DATE: December 2, 2025 <br> HEARING TIME: 09:59 AM <br> LOCATION: Videoconference (KYP) <br> Case No. 25-35655-KYP <br> Chapter 13 <br> Judge: Kyu Young Paek, U.S.B.J. |

Re: Status of GM Financial Arrears and Request for Consideration

Dear Judge Paek:

I respectfully submit this letter to update the Court regarding the arrears identified in the Court's November 24, 2025, Order granting GM Financial's motion for relief from the automatic stay. I appreciate the Court's consideration, and I write to clarify my understanding of the account information and to notify the Court that the arrears amount has been fully cured.

1. Payment of the Arrears Identified in the Court's Order

On November 26, 2025, I initiated a payment in the amount of $3,831.70, which is the total arrears amount set forth in the Court's Order. The payment was made from my checking account ending in -9649. The confirmation indicates that GM Financial will receive the funds by November 28, 2025. A copy of the payment confirmation is attached as Exhibit A.

2. Account Statements Available to Me Prior to the Court's Order

Before the Court's ruling, the only billing information available to me through the

GM Financial online portal showed a different amount due. The most recent statement I could access was the June 5, 2025 GM Financial statement, which reflected:

- Total Amount Due: $1,626.34

- Past Due Monthly Payment: $1,000.00

- Current Payment Due June 27, 2025: $626.34

A true and correct copy of that statement is attached as Exhibit B. This was the information I relied upon in good faith because the system would not allow me to make payments online, and this was the only statement available for download.

3. Good-Faith Efforts to Comply

Once the Court clarified the arrears amount, I immediately obtained an emergency pension loan and paid the full amount identified. I respectfully state that any misunderstanding regarding my account status resulted from the discrepancy between the limited information available in my online GM Financial account and the figures later submitted by the creditor.

4. Request for Consideration

In light of the fact that the arrears have now been cured in full, I respectfully request that the Court consider this updated information in connection with any further proceedings. I am preparing to file a Motion to Reimpose the Automatic Stay, and I remain committed to staying current on all future payments under the

Finance Agreement and my Chapter 13 obligations.

Thank you for your time and consideration. I am grateful for the opportunity to clarify the record and present the evidence now available.

Dated this 25th day of November 2025
Highland Falls, New York

Respectfully submitted,
/s/ Nicole Lawtone-Bowles, ProSe
Nicole Lawtone-Bowles, ProSe
56 Center Street
Highland Falls, NY 10928
(347) 538-5386 | (845) 839-0220
NicoleLawtone@aol.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Nicole Laura Alexis Lawtone-
Bowles,
*aka Nicole Lawtone-Bowles,*
                                  *Debtor*

HEARING DATE: December 2, 2025
HEARING TIME: 09:59 AM
LOCATION: Videoconference (KYP)
Case No. 25-35655-KYP
Chapter 13
Judge: Kyu Young Paek, U.S.B.J.

PROPOSED ORDER REIMPOSING THE AUTOMATIC STAY

Upon consideration of the Debtor's Motion to Reimpose the Automatic Stay, and

good cause appearing, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay under 11 U.S.C. § 362(a) is hereby reimposed

as to AmeriCredit Financial Services, Inc. d/b/a GM Financial; and it is further

ORDERED, that GM Financial shall refrain from any repossession or collection

activity regarding the 2021 Chevrolet Blazer provided the Debtor remains current

on all future payments required under the Finance Agreement and Chapter 13 Plan.

Dated: _____, 2025
Poughkeepsie, New York

                              Hon. Kyu Y. Paek
                              United States Bankruptcy Judge

# Exhibit A

## Success

Weill seud $3't'831,.70 on Nov,ember26 and GM Finc!lnc:ial (GM Fmandal} wi11r,eceive rt by Nov,ember 2.sl,

| | |
|---|---|
| Paymen  to | G.M F1nantial (GM Financ:ial) |
| Pay from | [heckin!l·•·•- |
| S nd on | Nov€mber 26 |
| Arri-v s by | Novemb�r28 |
| Amaun· | $3  831.70 |
| Memo | |

### CONF1.**MAJION** CODE

I   CM- -FJ3U

# Exhibit B



**GM FINANCIAL ACCOUNT STATEMENT**
**JUNE 5, 2025**

**2021**
**CHEVROLET BLAZER**



TOTAL AMOUNT DUE

## $1,626.³⁴

| | |
|---|---|
| Previously Billed | $1,000.00 |
| Current Due        June 27, 2025 | $626.34 |

## TRANSACTION SUMMARY

### Past Due

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| | Past Due Monthly Payment | $1,000.00 |
| | **Total Past Due** | **$1,000.00** |
| | Please pay immediately | |

### Current Due

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 06/05/25 | Current Monthly Payment | $626.34 |
| | **Total Current Due** | **$626.34** |

### Payments Received

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 05/29/25 | Payment received. Thank you! | $252.68 |
| | See reverse side for details | |

## ACCOUNT DETAILS



| XXXXX | | |
|---|---|---|
| ACCOUNT NUMBER | | PAYMENT PROGRESS |

| February 26, 2024 | $28,574.89* | $540.80** | 75 Months |
|---|---|---|---|
| ACCOUNT OPENED | CURRENT PRINCIPAL BALANCE | UNPAID INTEREST BALANCE | TERMS |

*Current balance above does not reflect the payoff amount for your account. Please see reverse side for details.

**Reflects accrued but unpaid interest as of the day following the statement date, assuming no additional principal payments are made on or before the day following the statement date.

## IMPORTANT MESSAGES

## YOUR DEALER

## PAYMENT OPTIONS

| **Online** | **Mobile App** | **Phone** |
|---|---|---|
| Log in to MyAccount | Download | 1-800-284-2271 |
| at gmfinancial.com | GM Financial Mobile | M-F: 7 am - 6 pm CT |
| | on the App Store® or | Sat: 9 am - 1 pm CT |
| | the Google Play™ store. | |

See reverse side for a complete list of payment options.









---

PAYMENT COUPON - PLEASE INCLUDE WITH PAYMENT    STMT_US_E-BILL

 **FINANCIAL**

P.O. Box 183834, Arlington, TX 76096-3834

**Payment Summary**

| | |
|---|---|
| Total Amount Due: | **$1,626.34** |
| Payment Due Date: | June 27, 2025 |
| Amount Enclosed: | $ |
| Contact info changes? | ☐ Yes  (Update on back of coupon.) |

Account Number:    **111079407336**

**Check Information**
✓ Fill out your check with your Account Number
✓ Make it payable to GM Financial

**NICOLE LAWTONE-BOWLES**
56 CENTER ST
HIGHLAND FALLS, NY 10928

GM Financial
P.O. Box 650595
Dallas, TX 75265-0595

008  0000000000  111079407336  700000062634

## Transaction Details

### Payment Allocation

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 05/29/25 | Payment received. Thank you! | $252.68 |
| | *Interest* | *$252.68* |

## Payment Options

### Online:
Log in to **gmfinancial.com/myaccount** or the GM Financial Mobile app

| | | |
|---|---|---|
| Auto Pay | Monthly auto draft from checking, savings or money market account via ACI Pay, a service of ACI Payments, Inc. | No fee |
| One-Time Payment | Bank Account via ACI Pay<br>Debit Card via ACI Pay | No fee<br>$3.50* |

### Other Options

| | | |
|---|---|---|
| Automatic Payment Plan | Download Authorization Agreement at gmfinancial.com/payment-options and mail in with a voided check | No Fee |
| Regular Mail | GM Financial<br>P.O. Box 650595<br>Dallas, TX 75265-0595 | No Fee<br>Postage paid by customer |
| Overnight Mail | GM Financial<br>650595<br>1501 North Plano Rd, Suite 100<br>Richardson, TX 75081 | No Fee<br>Postage paid by customer |
| Phone | Automated payment with Bank Account or Debit Card, via ACI Pay<br>1-833-702-0077 | $2.50* |
| | Agent-assisted payment with Bank Account or Debit Card, via ACI Pay<br>1-800-284-2271 | $3.50* |
| Cash Payment | Western Union<br>Pay to GM Financial<br><br>MoneyGram<br>Receive Code: **2583**<br>Company Name: GM Financial | Western Union and MoneyGram Fees May Apply |

Include account number on your payment.

For more details, visit **gmfinancial.com/payment-options**.

*\* ACI Payments, Inc. is a third party that will charge a fee for its payment services. The fee may vary, is subject to change as applicable by state law and is not included in the payment amount.*

## General Information

### Payoff Information
The current balance shown on the front of the statement may not necessarily be your payoff amount because of possible activity on your account such as payments, adjustments, finance charge accruals, etc. Please visit gmfinancial.com/myaccount or call Customer Service at the phone number listed on the front of this statement for accurate payoff information. Mail payoffs to: GM Financial, Attn: Payment Processing; P.O. Box 736313, Dallas, TX 75373-6313.

### Failure to Pay
**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

### Credit Disputes
GM Financial furnishes information about your account to credit reporting agencies. You can dispute the reported information by contacting the credit reporting agencies: Equifax, Experian, or Trans Union. **You can also directly dispute the accuracy of the reported information by contacting GM Financial at: P.O. Box 181145; Arlington, TX 76096-1145.**

### Authorization to Convert Your Check
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you have any questions, please call the customer service number listed below.

### Insurance Information
Auto Insurance Changes: You are required to maintain collision and comprehensive coverage (maximum $1,000 deductible) naming GM Financial as lienholder/loss payee for the term of the contract. If there have been any changes to your insurance coverage, request your agent or insurance company send a copy of your insurance policy to (US customers): GM Financial Insurance Service Center; P.O.Box 1617, Minneapolis, MN 55440-1617; (Canadian customers): PO Box 9827 STNT CSC OTTAWA ON K1G 3X2.

### We may contact you
We, along with our affiliates and/or vendors, may call or text any phone numbers you give us, including a wireless phone number, using an automatic telephone dialing system and/or an artificial or a prerecorded voice message. Without limit, these calls or texts may be about servicing, payment, or billing. We may also contact you at any e-mail address you provide to us. You may revoke your consent for any telephone number or email address you have provided by contacting us.

### The Servicemembers Civil Relief Act (SCRA)
SCRA applies to qualified active duty military personnel, as well as certain individuals who have received orders calling them to active duty military service, and certain members of the Public Health Service and the National Oceanic and Atmospheric Administration. Benefits provided under the SCRA vary. Please send us your military notification, which includes your name and active duty date, so we can assess your eligibility for benefits. GM Financial, Attn: Account Services SCRA; P.O. Box 183581; Arlington, TX 76096-3581. Email: MilitaryCustomerSupport@gmfinancial.com. Fax: 1-877-470-9873. Questions? Text MILITARY to 53721 (data rates may apply).

**MASSACHUSETTS RESIDENTS: NOTICE OF IMPORTANT RIGHTS**
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

## Contact Us

Message us in MyAccount at **gmfinancial.com**

 Text† OPTIONS to 53721

1-800-284-2271
TTY ACCESS 1-888-998-0253
(REQUIRES TTY CAPABLE DEVICE)

**Business Hours:**

Monday - Friday
7:00 AM - 6:00 PM CT

Saturday
9:00 AM - 1:00 PM CT

† There is no fee from GM Financial. Data rates may apply.

---

PAYMENT COUPON - PLEASE INCLUDE WITH PAYMENT

## Update Your Contact Info

If you are a buyer and/or co-buyer, you can change the phone number and address on the coupon. If you need to change the name, please fax 1-877-999-7088 or email **namechange@gmfinancial.com** legal documentation with the coupon.

Name of Buyer and/or Co-Buyer

_____

Account Number

_____

Street

_____

Apartment

_____

City, State, ZIP

_____

Phone (Home)

_____

Phone (Work)

_____

Phone (Cell)

_____



## 2026 Chevy Equinox EV

**0% APR for 36 Months**
For well-qualified buyers when you finance with GM Financial[1]

VIEW ALL OFFERS    APPLY TO PREQUALIFY



### Payment Options

Find the payment method that works for you, or set up Auto Pay for one-time payments each month.

SHOW ME

### Your Account On The Go

The GM Financial Mobile app gives you anytime access to pay your bill, contact us or schedule service.

GET THE APP

## Account Management



### Text Alerts Available

Log in to MyAccount and update your profile to choose the text notifications that fit your needs.

SET UP TEXTS

### Redeem Rewards

You can use My GM Rewards points toward your account. Apply them today.

LEARN MORE

### Frequently Asked Questions

From Managing Your Account to payoff and everything in between, we have the answers you need.

GO NOW

Learn more: Getting to Know Nanci, Live Smarter, Not Harder, 7 Ways to Go Paperless, more articles



### GM Financial Right Notes

GM Financial Right Notes are convenient online access to your investment with no hidden fees or penalties for withdrawal. Read the Prospectus

SEE OPPORTUNITIES

## Shop With Confidence



### Explore Lease End

Learn more about the lease-end process and your options.

GET STARTED

### General Motors Insurance

General Motors Insurance offers complete coverage that's personalized to you.

CHECK IT OUT

Learn more: How to Special Order Your New Vehicle, Tips for Your Trade-In, more articles

## Take SiriusXM Everywhere You Go

With a SiriusXM trial or subscription, you can take the full experience with you everywhere you go with the SiriusXM app and unlock other exclusives that bring you even closer to your favorite stars, artists, creators, hosts and athletes.

DOWNLOAD THE SIRIUSXM APP



About    Careers    Investor Center    Español

GM Financial Dealer Site    GMFinancial.ca    Mode®®

Do Not Sell or Share My Personal Information    Site Map    Online Privacy Policy    Privacy    Licenses

© 2025 General Motors Financial Company, Inc. GM Financial and the GM logo are trademarks of General Motors Financial Company LLC, used with permission.
Connecticut Sales Finance Company Unique Identifier - #2108



GM FINANCIAL

2021 C B...

APPLY TO    PREQUALIFY    ADD ACCOUNT    CURRENT OFFERS    CONTACT    NLB    WELCOME , NICOLE

Lease or Buy        Commercial Financing        Resources        Company        Investors

! Pay with Points is unavailable at this time. We apologize for any inconvenience.

*Due to the status of your account, please contact us at 877-203-5538.*



Updated as of Nov. 24, 2025

# ACCOUNT DETAILS



Account Number



Vehicle ID Number

**Feb. 26, 2024**
Account Opened

**11.65%**
APR

# LAST PAYMENT

**PAYMENT HISTORY**

June 23, 2025    $173.66

# STATEMENTS

| Sel...<br>June | ▾ |

**VIEW**



NICOLE, enroll in GM Rewards and start earning points today.
Enroll Now

**Shop Current O!ers**

# CONNECT WITH GM FINANCIAL

Follow us on social media for budgeting tips, MyAccount guides, community involvement and more.

|   |   |   |   |   |



About    Careers    Investor Center    Español

GM Financial Dealer Site    GMFinancial.ca    Mode<sup>SM</sup>

Do Not Sell or Share My Personal Information    |    Site Map    |    Online  Privacy  Policy .
|    Privacy    |    Licenses

© 2025 General Motors Financial Company, Inc. GM Financial and the GM logo are
trademarks of General Motors LLC, used with permission.
Connecticut Sales Finance Company Unique Identifier - #2108



GM FINANCIAL ACCOUNT STATEMENT
**JUNE 5, 2025**

**2021**
**CHEVROLET BLAZER**



TOTAL AMOUNT DUE

# $1,626.³⁴

| | | |
|---|---|---|
| Previously Billed | | $1,000.00 |
| Current Due | June 27, 2025 | $626.34 |

## TRANSACTION SUMMARY

### Past Due

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| | Past Due Monthly Payment | $1,000.00 |
| | **Total Past Due** | **$1,000.00** |
| | Please pay immediately | |

### Current Due

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 06/05/25 | Current Monthly Payment | $626.34 |
| | **Total Current Due** | **$626.34** |

### Payments Received

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 05/29/25 | Payment received. Thank you! | $252.68 |
| | See reverse side for details | |

## ACCOUNT DETAILS



| ✕✕✕✕✕ | | |
|---|---|---|
| ACCOUNT NUMBER | | PAYMENT PROGRESS |

| February 26, 2024 | $28,574.89* | $540.80** | 75 Months |
|---|---|---|---|
| ACCOUNT OPENED | CURRENT PRINCIPAL BALANCE | UNPAID INTEREST BALANCE | TERMS |

*Current balance above does not reflect the payoff amount for your account. Please see reverse side for details.

**Reflects accrued but unpaid interest as of the day following the statement date, assuming no additional principal payments are made on or before the day following the statement date.

## IMPORTANT MESSAGES

## YOUR DEALER

## PAYMENT OPTIONS

| Online | Mobile App | Phone |
|---|---|---|
| Log in to MyAccount at gmfinancial.com | Download GM Financial Mobile on the App Store® or the Google Play™ store. | 1-800-284-2271 M-F: 7 am - 6 pm CT Sat: 9 am - 1 pm CT |

See reverse side for a complete list of payment options.



MyAccount is your hub for managing your account. Sign up at gmfinancial.com to message us, view monthly statements and more.





On Better Never Stops.

Better drives start here



LEARN MORE

---

PAYMENT COUPON - PLEASE INCLUDE WITH PAYMENT                    STMT_US_E-BILL

 FINANCIAL

P.O. Box 183834, Arlington, TX 76096-3834

| Payment Summary | |
|---|---|
| Total Amount Due: | **$1,626.34** |
| Payment Due Date: | June 27, 2025 |
| Amount Enclosed: | $ |
| Contact info changes? | ☐ Yes  (Update on back of coupon.) |

Account Number:    **111079407336**

**Check Information**
✓ Fill out your check with your Account Number
✓ Make it payable to GM Financial

**NICOLE LAWTONE-BOWLES**
56 CENTER ST
HIGHLAND FALLS, NY 10928

GM Financial
P.O. Box 650595
Dallas, TX 75265-0595

008  0000000000  111079407336  700000062634

## Transaction Details

### Payment Allocation

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 05/29/25 | Payment received. Thank you! | $252.68 |
| | *Interest* | *$252.68* |

## Payment Options

**Online:**
Log in to **gmfinancial.com/myaccount** or the GM Financial Mobile app

| | | |
|------|------|------|
| Auto Pay | Monthly auto draft from checking, savings or money market account via ACI Pay, a service of ACI Payments, Inc. | No fee |
| One-Time Payment | Bank Account via ACI Pay<br>Debit Card via ACI Pay | No fee<br>$3.50* |

### Other Options

| | | |
|------|------|------|
| Automatic Payment Plan | Download Authorization Agreement at gmfinancial.com/payment-options and mail in with a voided check | No Fee |
| Regular Mail | GM Financial<br>P.O. Box 650595<br>Dallas, TX 75265-0595 | No Fee<br>Postage paid by customer |
| Overnight Mail | GM Financial<br>650595<br>1501 North Plano Rd, Suite 100<br>Richardson, TX 75081 | No Fee<br>Postage paid by customer |
| Phone | Automated payment with Bank Account or Debit Card, via ACI Pay<br>1-833-702-0077 | $2.50* |
| | Agent-assisted payment with Bank Account or Debit Card, via ACI Pay<br>1-800-284-2271 | $3.50* |
| Cash Payment | Western Union<br>Pay to GM Financial<br><br>MoneyGram<br>Receive Code: **2583**<br>Company Name: GM Financial | Western Union and MoneyGram Fees May Apply |

Include account number on your payment.

For more details, visit **gmfinancial.com/payment-options**.

\* ACI Payments, Inc. is a third party that will charge a fee for its payment services. The fee may vary, is subject to change as applicable by state law and is not included in the payment amount.

## General Information

### Payoff Information

The current balance shown on the front of the statement may not necessarily be your payoff amount because of possible activity on your account such as payments, adjustments, finance charge accruals, etc. Please visit gmfinancial.com/myaccount or call Customer Service at the phone number listed on the front of this statement for accurate payoff information. Mail payoffs to: GM Financial, Attn: Payment Processing; P.O. Box 736313, Dallas, TX 75373-6313.

### Failure to Pay

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

### Credit Disputes

GM Financial furnishes information about your account to credit reporting agencies. You can dispute the reported information by contacting the credit reporting agencies: Equifax, Experian, or Trans Union. **You can also directly dispute the accuracy of the reported information by contacting GM Financial at: P.O. Box 181145; Arlington, TX 76096-1145.**

### Authorization to Convert Your Check

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you have any questions, please call the customer service number listed below.

### Insurance Information

Auto Insurance Changes: You are required to maintain collision and comprehensive coverage (maximum $1,000 deductible) with GM Financial as lienholder/loss payee for the term of the contract. If there have been any changes to your insurance coverage, request your agent or insurance company send a copy of your insurance policy to (US customers): GM Financial Insurance Service Center; P.O.Box 1617, Minneapolis, MN 55440-1617; (Canadian customers): PO BOX 9827 STNT CSC OTTAWA ON K1G 3X2.

### We may contact you

We, along with our affiliates and/or vendors, may call or text any phone numbers you give us, including a wireless phone number, using an automatic telephone dialing system and/or an artificial or a prerecorded voice message. Without limit, these calls or texts may be about servicing, payment, or billing. We may also contact you at any e-mail address you provide to us. You may revoke your consent for any telephone number or email address you have provided by contacting us.

### The Servicemembers Civil Relief Act (SCRA)

SCRA applies to qualified active duty military personnel, as well as certain individuals who have received orders calling them to active duty military service, and certain members of the Public Health Service and the National Oceanic and Atmospheric Administration. Benefits provided under the SCRA vary. Please send us your military notification, which includes your name and active duty date, so we can assess your eligibility for benefits. GM Financial, Attn: Account Services SCRA; P.O. Box 183581; Arlington, TX 76096-3581. Email: MilitaryCustomerSupport@gmfinancial.com. Fax: 1-877-470-9873. Questions? Text MILITARY to 53721 (data rates may apply).

**MASSACHUSETTS RESIDENTS: NOTICE OF IMPORTANT RIGHTS**
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

## Contact Us

 Message us in MyAccount
at **gmfinancial.com**

 Text† OPTIONS to 53721

📞 1-800-284-2271
TTY ACCESS 1-888-998-0253
(REQUIRES TTY CAPABLE DEVICE)

**Business Hours:**

Monday - Friday
7:00 AM - 6:00 PM CT

Saturday
9:00 AM - 1:00 PM CT

† There is no fee from GM Financial. Data rates may apply.

---

**PAYMENT COUPON - PLEASE INCLUDE WITH PAYMENT**

## Update Your Contact Info

If you are a buyer and/or co-buyer, you can change the phone number and address on the coupon. If you need to change the name, please fax 1-877-999-7088 or email **namechange@gmfinancial.com** legal documentation with the coupon.

Name of Buyer and/or Co-Buyer

_____

Account Number

_____

Street

_____

Apartment

_____

City, State, ZIP

_____

Phone (Home)

_____

Phone (Work)

_____

Phone (Cell)

_____


**FINANCIAL**

APPLY TO PREQUALIFY     CURRENT OFFERS     CONTACT          NLB  WELCOME , NICOLE

Lease or Buy      Commercial Financing      Resources      Company      Investors

## PAYMENT HISTORY

# MyAccount Payments

2021 Chevrolet Blazer

Note: Below are all the MyAccount payments you've made. Payments that may have later been returned or declined will still be displayed. Payments made over the phone, by mail, through Western Union or MoneyGram, or using My GM Rewards points will not be displayed.

### 2025

| | JUNE 23 | PROCESSED $735.60 | *****9649 |
| | JUNE 11 | PROCESSED $736.34 | *****9649 |

| MAY 29 | PROCESSED | $252.68 | *****9649 |
| MARCH 11 | PROCESSED | $625.34 | *****9649 |
| FEBRUARY 7 | PROCESSED | $625.34 | *****9649 |
| FEBRUARY 6 | PROCESSED | $900.00 | *****9649 |
| FEBRUARY 1 | PROCESSED | $1500.00 | *****9649 |
| JANUARY 30 | PROCESSED | $1236.34 | *****9649 |
| JANUARY 19 | PROCESSED | $73.66 | *****9649 |
| JANUARY 13 | PROCESSED | $1265.54 | *****9649 |
| JANUARY 9 | PROCESSED | $1500.00 | *****9649 |
| JANUARY 2 | PROCESSED | $73.66 | *****9649 |

JANUARY 1    PROCESSED    $93.45    *****9649

## 2024

DECEMBER 26    PROCESSED    $249.80    *****2716

DECEMBER 24    PROCESSED    $23.50    *****9649

DECEMBER 15    PROCESSED    $26.34    *****9649

NOVEMBER 13    PROCESSED    $26.34    *****9649

OCTOBER 5    PROCESSED    $1,252.68    *****9649

AUGUST 9    PROCESSED    $626.34    *****9649

JULY 7    PROCESSED    $626.34    *****9649

JUNE 21    PROCESSED    $626.34    *****9649

| | | | |
|---|---|---|---|
| MAY 10 | PROCESSED | $500.00 | *****9649 |
| MAY 7 | PROCESSED | $236.34 | *****9649 |
| APRIL 2 | PROCESSED | $621.34 | *****9649 |
| MARCH 12 | PROCESSED | $658.29 | *****9649 |
| MARCH 12 | PROCESSED | $25.71 | *****9649 |

   

About     Careers     Investor Center     Español

GM Financial Dealer Site     GMFinancial.ca     Mode℠

Do Not Sell or Share My Personal Information | Site Map
Online Privacy Policy | Privacy | Licenses

© 2025 General Motors Financial Company, Inc. GM Financial and the GM logo
are trademarks of General Motors LLC, used with permission.
Connecticut Sales Finance Company Unique Identifier - #2108



**APPLY TO PREQUALIFY    CURRENT OFFERS    CONTACT    NLB WELCOME , NICOLE**

Lease or Buy       Commercial Financing      Resources      Company      Investors

☷ Pay with Points is unavailable at this time. We apologize for any inconvenience.

# PAYMENT OPTIONS

## Pay Online

Things to Know

2021
Chevrolet Blazer

*Due to the status of your account, please contact us at 877-203-5538.*

Updated as of Nov. 24, 2025

   

About     Careers     Investor Center     Español

GM Financial Dealer Site     GMFinancial.ca     Mode℠

Do Not Sell or Share My Personal Information | Site Map

Online Privacy Policy | Privacy | Licenses

© 2025 General Motors Financial Company, Inc. GM Financial and the GM logo
are trademarks of General Motors LLC, used with permission.
Connecticut Sales Finance Company Unique Identifier - #2108

 FINANCIAL

APPLY TO PREQUALIFY      CURRENT OFFERS      CONTACT      NLB WELCOME , NICOLE

Lease or Buy        Commercial Financing        Resources        Company        Investors

Pay with Points is unavailable at this time. We apologize for any inconvenience.

# PAYMENT OPTIONS

## Auto Pay
## Bank Bill Pay

If your bank o!ers a bill payment service that you would like to use for automatic payments, contact your bank for details.

## Things to Know

Automatic Payment Plan (APP)

Auto Pay



Give Feedback

About        Careers        Investor Center        Español

GM Financial Dealer Site        GMFinancial.ca        Mode℠

Do Not Sell or Share My Personal Information | Site Map

Online Privacy Policy | Privacy | Licenses

© 2025 General Motors Financial Company, Inc. GM Financial and the GM logo are trademarks of General Motors LLC, used with permission.
Connecticut Sales Finance Company Unique Identifier - #2108

 FINANCIAL

**APPLY TO PREQUALIFY    CURRENT OFFERS    CONTACT    NLB WELCOME , NICOLE**

Lease or Buy      Commercial Financing      Resources      Company      Investors

⚱ Pay with Points is unavailable at this time. We apologize for any inconvenience.

# PAYMENT OPTIONS

## Pay by Credit Card (Fees May Apply)

You can pay by credit card through Western Union® or MoneyGram®. Fees may apply.

You can also make a no-fee payment from your preferred bank account or with your debit card. (Fees may apply to debit card payments.)

## Things to Know





About     Careers     Investor Center     Español

GM Financial Dealer Site     GMFinancial.ca     Mode℠

Do Not Sell or Share My Personal Information | Site Map

Online Privacy Policy | Privacy | Licenses

Ⓒ 2025 General Motors Financial Company, Inc. GM Financial and the GM logo
are trademarks of General Motors LLC, used with permission.
Connecticut Sales Finance Company Unique Identifier - #2108

Payment Options | GM Financial    25-35655-kyp    Doc 78    Filed 11/26/25    Entered 11/26/25 12:13:52    Main Document    11/25/25, 10:01 PM

Pg 30 of 38

 **FINANCIAL**

**APPLY TO PREQUALIFY    CURRENT OFFERS    CONTACT    NLB WELCOME , NICOLE**

Lease or Buy    Commercial Financing    Resources    Company    Investors

⚡ Pay with Points is unavailable at this time. We apologize for any inconvenience.

# PAYMENT OPTIONS

## Pay by Phone (Fees May Apply)

We will credit phone payments received by 8 p.m. CT as paid on the same day. Payments may take up to two business days to post to your account.

To make a phone payment:

Have your GM Financial account number available:

2021 Chevrolet Blazer


Have available your ATM/debit card number (retail accounts only), or checking account information:

- Bank account number

- Bank routing number

- A current check number

- Name of banking institution

Call toll-free:

- Automated
  1-833-702-0077

- Agent-assisted
  1-800-284-2271

## Things to Know

   

About    Careers    Investor Center    Español

GM Financial Dealer Site    GMFinancial.ca    Mode℠

Do Not Sell or Share My Personal Information | Site Map

Online Privacy Policy | Privacy | Licenses

© 2025 General Motors Financial Company, Inc. GM Financial and the GM logo
are trademarks of General Motors LLC, used with permission.
Connecticut Sales Finance Company Unique Identifier - #2108

Payment Options - GM Financial                                                                11/25/25, 10:02 PM

 **FINANCIAL**

**APPLY TO PREQUALIFY    CURRENT OFFERS    CONTACT       NLB WELCOME , NICOLE**

Lease or Buy        Commercial Financing        Resources      Company      Investors

♥ Pay with Points is unavailable at this time. We apologize for any inconvenience.

# PAYMENT OPTIONS

## Pay by Mail

To pay by mail:

### Payment Coupon

Account

⬛⬛⬛⬛ - 2021 Chevrolet Blazer

Account Holder

**NICOLE LAWTONE-BOWLES**
**56 CENTER ST HIGHLAND FALLS, NY 10928**

Total Amount Due
**$0.00**

Amount Enclosed                                 Check Number

_____               _____

Make your check payable to GM Financial and include your account number ( 111079407336) on it.

Mail the payment coupon and check to:

Regular Mail                                Overnight Mail
GM Financial                                GM Financial
PO Box 650595                               650595
Dallas, TX 75265-0595                       1501 North Plano Rd, Suite 100
                                            Richardson, TX 75081

   

Give Feedback

About    Careers    Investor Center    Español

GM Financial Dealer Site    GMFinancial.ca    Mode℠

Do Not Sell or Share My Personal Information  |  Site Map

Online Privacy Policy  |  Privacy  |  Licenses

© 2025 General Motors Financial Company, Inc. GM Financial and the GM logo
are trademarks of General Motors LLC, used with permission.
Connecticut Sales Finance Company Unique Identifier - #2108

 **FINANCIAL**

APPLY TO PREQUALIFY       CURRENT OFFERS       CONTACT       NLB WELCOME , NICOLE

Lease or Buy       Commercial Financing       Resources       Company       Investors

⚡ Pay with Points is unavailable at this time. We apologize for any inconvenience.

# PAYMENT OPTIONS

## Pay Cash (Fees May Apply)

You can also make a no-fee online payment directly from your preferred bank account.

## Things to Know



About   Careers   Investor Center   Español
GM Financial Dealer Site   GMFinancial.ca   Mode℠

Do Not Sell or Share My Personal Information  |  Site Map
Online Privacy Policy  |  Privacy  |  Licenses

© 2025 General Motors Financial Company, Inc. GM Financial and the GM logo
are trademarks of General Motors LLC, used with permission.
Connecticut Sales Finance Company Unique Identifier - #2108

Give Feedback

Profile | GM Financial

11/25/25, 10:05 PM

 FINANCIAL

APPLY TO PREQUALIFY    CURRENT OFFERS    CONTACT    NLB WELCOME , NICOLE

Lease or Buy    Commercial Financing    Resources    Company    Investors

# PROFILE

! Contact information has been updated. Please allow two to three days for changes to take e!ect.

# NB    NICOLE LAWTONE-BOWLES

**REQUEST NAME/SSN UPDATE**

Email
nicolelawtone@aol.com

Password
· · · · · · · · · · · · · · ·

## Your Contact Information

### Address

Country
United States

Address
56 CENTER ST

| City<br>HIG | S... | Zip<br>109 |

### Phone

| 🏠 Home |
| 🏢 Work |
| 📱 Cell<br>347-538- |

**UPDATE CONTACT INFO**

## Two-Factor Authentication

For enhanced security, we'll send you a verification code to enter when logging in to MyAccount.

Phone Number

XXX-XXX-5386                    **REMOVE**

## Delete Online Profile

Deleting your online profile will remove your web and mobile access to your account(s). It will not a!ect your account terms or balances, and you will still be responsible for making all vehicle payments on time.

**DELETE PROFILE**

Profile | GM Financial                                                                                                    11/25/25, 10:05 PM



About     Careers     Investor Center     Español

GM Financial Dealer Site     GMFinancial.ca     Mode℠

Do Not Sell or Share My Personal Information     |     Site Map     |     Online Privacy Policy
Privacy     |     Licenses

© 2025 General Motors Financial Company, Inc. GM Financial and the GM logo are trademarks of
General Motors LLC, used with permission.
Connecticut Sales Finance Company Unique Identifier - #2108



# [gm] FINA·CIAL

APPLY  TO  PREQUALI.FY        CURRENT  OFFERS        CONTACT        ..        WELCOME ¡ NICOLE  w·

## AC·COUNT DETA,ILS

Ac.count Number

Vehicle ID Number

**Feb. 26, 2024**
Acc-ount Opened

**11.65%**
APR

## LAST PAYM|ENT

June 23! 2025

## STATEMENTS

.,., June 2025
May2025
Apiril 2025
Marchi.2O25
FebnJary 2 025
January 2026
December .2024
November 2024
October 2024
September 2024
August 2024
July 2024
June 2024
May2024
April 2024
March 2024,



## PAYMENT .HISTORY

$173.66

VIEW

## gm rewards'·

NICOLE)enroll in GM Rewards  1and st

G.et in your new Chevrolet,
:NICOLE

Give Feedback